

F/W 1995 FOOTWEAR
adidas



## BASKETBALL/ORIGINALS

**Pro Model-J, C**

**Upper:** Full grain leather upper. Latex sock liner and rubber toe cap. **Midsole/Outsole:** Cushioned EVA midsole. Rubber outsole with herringbone profile. Sole bonded and stitched to upper.

**Juniors**

034857 White/Black 1–6
034858 Black/White 1–6
034856 Black/Black 1–6

**Children**

034836 White/Black 10½–13½
034837 Black/White 10½–13½

**Campus-J, C**

**Upper:** Full suede upper. Rubber toe cap. **Midsole/Outsole:** Cushioned EVA midsole. Rubber outsole with herringbone profile. Sole bonded and stitched to upper.

**Juniors**

037955 Ultra Blue/White 1–6
034906 Black/White 1–6
034928 Navy/White 1–6

**Children**

037957 Ultra Blue/White 10½–13½
034118 Black/White 10½–13½

**Superstar-J, C**

**Upper:** Full grain leather upper. Latex sock liner and rubber toe cap. **Midsole/Outsole:** Cushioned EVA midsole. Rubber outsole with herringbone profile. Sole bonded and stitched to upper.

**Juniors**

034875 Black/White 1–6
034911 White/Black 1–6
034953 Black/Black 1–6

**Children**

034871 Black/White 10½–13½
034839 White/Black 10½–13½

**Predator Liga-J**

**Firm Ground**

**Upper:** Full grain leather upper combined with a new Pulsion rubber compound. The patented jets, fins, and ridges offer better grip on the ball and improve player's accuracy, control, and ball spin—which determines the swerve of the ball in mid-air.
**Outsole:** Rubber molded stud sole with stitched forefoot provides excellent traction on hard ground.

015333 Black/White-Red 1–6

**Samba-J, C**

**Indoor**

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching.
**Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

**Juniors**

036516 Black/White 1–6

**Children**

039481 Black/White 8½–13½



## SOCCER

### Kaiser Liga-J

**Firm Ground**

**Upper:** Soft, supple full grain leather upper with reinforced heel and arch area, stitched toe area.
**Outsole:** "Copa Mundial" sole. Two-color, two-density, direct injected polyurethane sole with molded studs.

015351 Black/White 1–6

### Predator Liga-J

**Firm Ground**

**Upper:** Full grain leather upper combined with a new Pulsion rubber compound. The patented jets, fins, and ridges offer better grip on the ball and improve player's accuracy, control, and ball spin—which determines the swerve of the ball in mid-air.
**Outsole:** Rubber molded stud sole with stitched forefoot provides excellent traction on hard ground.

015333 Black/White-Red 1–6

### Samba-J, C

**Indoor**

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching.
**Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

**Juniors**
036516 Black/White 1–6
**Children**
039481 Black/White 8½–13½

KIDS/INFANTS

**BASKETBALL**

**Backdoor Mid-I**

**Upper:** Full grain leather upper for softness and comfort. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039153 | Black/White | 2, 3, 4–10 |
| 039154 | White/Black | 2, 3, 4–10 |

**Phat Boy Lo-I**

**Upper:** Trubuck upper with mesh tongue and stripes for breathability. Padded ankle collar and Nylex lining for comfort and durability. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

| | | |
|---|---|---|
| 039149 | Black/White | 2, 3, 4–10 |
| 039150 | White/Black | 2, 3, 4–10 |

**BASKETBALL/ORIGINALS**

adidas

**Pro Model-I**

**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039733 | Black/White | 2, 3, 4–10 |
| 039732 | White/Black | 2, 3, 4–10 |

## BASKETBALL

### Backdoor Mid-I

**Upper:** Full grain leather upper for softness and comfort. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

039153 Black/White 2, 3, 4–10
039154 White/Black 2, 3, 4–10

### Phat Boy Lo-I

**Upper:** Trubuck upper with mesh tongue and stripes for breathability. Padded ankle collar and Nylex lining for comfort and durability. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, flexible full rubber cupsole.

039149 Black/White 2, 3, 4–10
039150 White/Black 2, 3, 4–10

## BASKETBALL/ORIGINALS

### Pro Model-I

adidas

**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

039733 Black/White 2, 3, 4–10
039732 White/Black 2, 3, 4–10



**Campus-I**

**Upper:** Full suede upper for softness and comfort. Rubber toe cap. Features adi-fit sizing system. **Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039115 | Black/White | 2, 3, 4–10 |
| 039140 | Ultra Blue/White | 2, 3, 4–10 |

**Superstar-I**

**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system. **Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039760 | Black/White | 2, 3, 4–10 |
| 039750 | White/Black | 2, 3, 4–10 |



**BASKETBALL/ORIGINALS**

**Campus-I**

**Upper:** Full suede upper for softness and comfort. Rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039115 | Black/White | 2, 3, 4–10 |
| 039140 | Ultra Blue/White | 2, 3, 4–10 |

**Superstar-I**

**Upper:** Full grain leather upper for softness and comfort. Latex sock liner and rubber toe cap. Features adi-fit sizing system.
**Midsole/Outsole:** Soft, full rubber cupsole with flexible herringbone profile.

| | | |
|---|---|---|
| 039760 | Black/White | 2, 3, 4–10 |
| 039750 | White/Black | 2, 3, 4–10 |



## SOCCER

### Samba-I

**Upper:** Soft, supple leather upper with reinforced midfoot area. HF tongue, vamp stitching. Features adi-fit sizing system.
**Midsole/Outsole:** Molded rubber sole fully stitched to upper. Provides excellent traction on several indoor and street surfaces.

039269 Black/White 2, 3, 4, 5–8

### Samba Nubuck-I

**Upper:** Synthetic Nubuck upper. Brushed nylon quarter lining. Features adi-fit sizing system.
**Outsole:** Full rubber shell sole with functional indoor sole profile. Provides excellent grip and traction on several indoor and street surfaces.

039119 Black/White 2, 3, 4, 5–8

## CRIB

### adi-Crawl

**Upper:** Breathable, supple leather upper with gore closure system to ensure snug fit while providing optimal comfort and protection for newborn's feet. Features adi-fit sizing system.

039144 White/White 0, 1, 2, 3
039143 Black/White 0, 1, 2, 3

FOOTWEAR WORKBOOK
2001
adidas
Q3 | 2001 | FOOTWEAR
adidas
adidas



**RESPONSE WIDE** F4125F $74.99

**Upper:** Nylon mesh and synthetic leather.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon and blown rubber outsole.

**Profile:** Versatile, everyday training shoe.

**Available In:**

**Sizes:** 6.5-13,14,15,16,17,18,19,20

670290 At Once
New Navy | Running White | Aluminum | Silver

---

**ALAMAK** F3575F $64.99

**Upper:** Nylon mesh and synthetic leather.

**Midsole | Outsole:** Compression-molded EVA. Carbon outsole with road lugs.

**Profile:** Neutral training shoe for runners looking for exceptional value.

**Available In:** Kids'

**Sizes:**

adiPRENE
adiPRENE ⊕
TORSION

673285 7 | 1 | 01
Running White | Sun Orange | Dark Indigo

673797 7 | 1 | 01
Dust | Gold | Dark Indigo

672650 7 | 1 | 01
Chrome | Lemon | Chrome | Kahn

---

**FALCON** F3300F $59.99

**Upper:** Nylon mesh and synthetic leather.

**Midsole | Outsole:** Injected EVA. Carbon outsole.

**Profile:** Entry level, lightweight training shoe for runners seeking a good value.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15

673040 7 | 1 | 01
Running White | True Blue | Dark Marine

673795 7 | 1 | 01
Running White | Phantom | Granite | Blast

**TYRANNY** F7225F $130.00

**Upper:** Synthetic mesh with ClimaLite® and leather. Reflective highlights.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole.

**Profile:** For runners seeking maximum protection against over pronation and impact forces.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE
adiPRENE+
TORSION
FitWedge
ULTRASTRIKE
CLIMALITE

671521 7|1|01

Running White | Phantom | Helix | Core

---

**CALIBRATE** F4950F $89.99

**Upper:** Synthetic mesh and synthetic leather.

**Midsole | Outsole:** Rearfoot to midfoot PU. Carbon rubber outsole.

**Profile:** Total PU for the runner looking for total support.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE
adiPRENE+
TORSION

672876 7|1|01

Running White | Metallic Silver

---

**PIEDMONT** F4950F $89.99

**Upper:** Mesh with synthetic overlays. External heel counter.

**Midsole | Outsole:** Compression-molded EVA midsole with full-length second density. Full carbon rubber outsole.

**Profile:** Flexible, cushioned shoe for maximum medial support.

**Available In:**

**Sizes:** 6.5-13,14,15

669418 At Once

Running White | Black | Laguna | Daffodil

**BRAHMA** F4950F $89.99

**Upper:** Water-resistant mesh. Mud guard.

**Midsole | Outsole:** Midfoot moderator, a trail-specific technology, adapts to objects and debris preventing outward roll. Z-TRAXION™ carbon outsole.

**Profile:** An all-terrain trail shoe with full-length medial posting combined new technology of Z-TRAXION™ and Midfoot Moderator to adapt to most any trail surface.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE™ adiPRENE® ⊕ TRAXION™

669666 At Once
Navy | Daffodil | Lead | Zinc

669667 At Once
Aluminum | Raven | Pistons Yellow

**RESPONSE TRAIL** F4400F $79.99

**Upper:** Water-resistant mesh. Thin rubber overlays.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.

**Profile:** Versatile trail shoe for all types of terrain.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15

673118 7 | 1 | 01
Aluminum | Bark | Lead

673782 7 | 1 | 01
Dust | Granite | Phantom | Red Earth

673119 7 | 1 | 01
Legion Blue | Curb | Chrome

**TIAGA** F3575F $64.99

**Upper:** Durable and breathable mesh.

**Midsole | Outsole:** EVA. TRAXION™.

**Profile:** Supportive entry-level trail shoe.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15

adiPRENE® ⊕ TRAXION™

673803 7 | 1 | 01
Aluminum | Maritim Blue | Lead | Punjab

672206 7 | 1 | 01
Twine | Black | Olive

672205 7 | 1 | 01
Kahn | Silver | Curb | Red Earth



**CLASSICS**

**OZWEEGO CLASSIC** F3575F $64.99

**Upper:** Mesh and synthetic.

**Midsole | Outsole:** Compression-molded LightStrike™ EVA midsole. Carbon rubber outsole.

**Profile:** Lightweight neutral trainer.

**Available In:**

**Sizes:** 6.5-13,14,15

670317 At Once

Black | Running White | Silver

**NEW YORK LEATHER** F3575F $64.99

**Upper:** Full-grain leather.

**Midsole | Outsole:** Compression-molded EVA.

**Profile:** A cushioned shoe with a classic look.

**Available In:**

**Sizes:** 6.5-13,14,15

672537 7|1|01

Running White | New Navy | Metallic Silver

**NEW YORK NYLON** F3025F $54.99

**Upper:** Synthetic leather and nylon mesh.

**Midsole | Outsole:** Compression-molded EVA.

**Profile:** A cushioned shoe with a classic look.

**Available In:**

**Sizes:** 6.5-13,14,15

672239 7|1|01

Steel Grey | Kahn | Metallic Silver

M {RUNNING}



M {ADVENTURE}
PAGE: 34
AUGUR LOW F4675F $85.00
Upper: Full-grain leather.
Midsole | Outsole: Compression-molded EVA midsole. Carbon rubber outsole.
Profile: For single to multi-day hiking and approach.
Available In: Women's
Sizes: 6-14
adiPRENE
TORSION
672028 7|1|01
Sesame | Tonga | Red Earth
672030 7|1|01
Espresso | Dark Marine | Twine
PLEVA III F4125F $75.00
Upper: Full-grain leather.
Midsole | Outsole: Compression-molded EVA midsole. Carbon rubber outsole.
Profile: For single to multi-day hikes.
Available In: Women's, Kids'
Sizes: 6-13
adiPRENE
TORSION
673128 7|1|01
Natural Leather | Basil | Iron
673130 7|1|01
Lead | Sesame | Twine



PAGE:
42
673353 7|1|01
Running White | Dark Indigo | Silver
CLASSIC TRAINER F3575F $64.99
Upper: All leather. Lenticular stripes and heel underlay.
Midsole | Outsole: Compression-molded EVA. adiPRENE® in heel. TORSION® for midfoot support.
Profile: A versatile and supportive entry-level cross training product with classic looks.
Available In: Women's
Sizes: 6.5-14
adiPRENE
TORSION
673347 7|1|01
Running White | Marine | Collegiate Red
673348 7|1|01
Running White | Medium Lead | Blue Steel
673492 7|1|01
Running White | Black | Silver Team | Satellite

CORE

**PROFI LIGA** F6875F $125.00

**Upper:** Soft, supple kangaroo leather. Pre-molded heel counter. Extended leather tongue with embroidered Trefoil logo. Hand-stiched in Germany.

**Midsole | Outsole:** Two-color, two-density, direct-injected PU outsole.

**Profile:** Firm outdoor surfaces.

**Available In:**

**Sizes:** 6.5-13.5

071140 At Once

Black | Running White

**COPA MUNDIAL** F5500F $99.99

**Upper:** Kangaroo leather.

**Midsole | Outsole:** Direct injected PU outsole.

**Profile:** Great for all players, from kids to professionals.

**Available In:**

**Sizes:** 4-15

015508 At Once

Black | Running White

**LIBERO FG** F3025F $54.99

**Upper:** League leather. Leather fold-over tongue.

**Midsole | Outsole:** Traditional TPU outsole.

**Profile:** For top-level and recreational play on firm outdoor surfaces.

**Available In:**

**Sizes:** 6.5-13.5

TRAXION™

669453 At Once

Black | Running White



M
{SOCCER}

ORIGINALS

**SAMBA CLASSIC** F3025F $54.99

**Upper:** Full-grain leather. Brushed nylon quarter lining. Half-molded tongue.

**Midsole | Outsole:** Full rubber shell sole with indoor sole tread.

**Profile:** Classic adidas soccer.

**Available In:** Juniors'

**Sizes:** 6.5-14

034563 At Once

Black | Running White

**GAZELLE** F2775F $49.99

**Upper:** Sueded pigskin leather. Reinforced toe, padded tongue and ankle collar. Pre-molded heel counter.

**Midsole | Outsole:** EVA wedge insert in rubber cupsole. Micro-cellular rubber sole tread.

**Profile:**

**Available In:**

**Sizes:** 3.5-13

034581 At Once

New Navy | Running White

032622 At Once

Black | Running White

**SAMBA NUBUCK** F2775F $49.99

**Upper:** Synthetic nubuck. Brushed nylon quarter lining.

**Midsole | Outsole:** Full rubber shell sole with indoor sole tread.

**Profile:**

**Available In:**

**Sizes:** 6.5-12,13

019271 At Once

Black | Running White



**TIAGA W** F3575F $64.99

**Upper:** Durable and breathable mesh.

**Midsole | Outsole:** EVA. TRAXION™.

**Profile:** Supportive, entry-level trail shoe.

**Available In:**

**Sizes:** 5-11,12

adiPRENE® adiPRENE®⊕ TRAXION™

673804 7|1|01 Blue Steel | Puce | Chrome | Void

672209 7|1|01 Spray | Pearl Green | Reef | Uniform Blue

672211 7|1|01 Kahn | Granite | Dust | Pumpkin

**CLASSIC**

**OZWEEGO CLASSIC W** F3575F $64.99

**Upper:** Mesh and synthetic.

**Midsole | Outsole:** Compression-molded LightStrike™ EVA midsole. Carbon rubber outsole.

**Profile:** Lightweight neutral trainer.

**Available In:**

**Sizes:** 5-11,12

670314 At Once Navy | Igloo | Running White

072174 7|1|01 Running White | Tornado

**NEW YORK LEATHER W** F3575F $64.99

**Upper:** Full-grain leather.

**Midsole | Outsole:** Compression-molded EVA.

**Profile:** A cushioned heel in a classic look shoe.

**Available In:**

**Sizes:** 5-11,12

672257 7|1|01 Running White | Sky Blue | Aluminum



K {BASKETBALL}
PAGE: 144
670347 At Once
Black | Black
670348 At Once
Running White | Running White | Silver
668428 At Once
Running White | New Navy | Running White
SUPERSTAR 2G J F2500F $49.99
Upper: Full-grain leather with 3-Stripes detailing.
Midsole | Outsole: Compression-molded EVA midsole. Non-marking rubber outsole.
Profile: For players who take the game seriously.
Available In:
Sizes: 3.5-6
672411 7 | 1 | 01
Toro | Running White | Running White
672410 7 | 1 | 01
Running White | Sky Blue | Running White
673658 7 | 1 | 01
Running White | Sun Orange | Running White
668470 At Once
Black | Black
668469 At Once
Running White | Running White | Silver
668468 At Once
Running White | New Navy | Running White
SUPERSTAR 2G C F2250F $44.99
Upper: Full-grain leather with 3-Stripes detailing.
Midsole | Outsole: Compression-molded EVA midsole. Non-marking rubber outsole.
Profile: For players who take the game seriously.
Available In:
Sizes: 10.5-3
672413 7 | 1 | 01
Toro | Running White | Running White
672412 7 | 1 | 01
Running White | Sky Blue | Running White
673659 7 | 1 | 01
Running White | Sun Orange | Running White



K
{SOCCER}
PAGE:
168
FIRM GROUND
KARNIVOR II J F4125F $74.99
Upper: Extremely thin CCL leather. Redesigned PREDATOR®, new asymmetrical lacing and ergonomically correct tongue.
Midsole | Outsole: Clear Pebax outsole with TRAXION™.
Profile: Traditional molded shoe comfort for use on firm ground.
Available In:
Sizes: 1-6
TRAXION™
671238
At Once
Black | Running White | Red
ANSERA TRAXION™ FG J F3025F $54.99
Upper: Super League leather. Central lacing system, fold-over leather tongue.
Midsole | Outsole: TPU TRAXION™ outsole.
Profile: For competitive and recreational players on firm outdoor surfaces.
Available In:
Sizes: 1-6
TRAXION™
671168
At Once
Black | Running White | True Blue
KAISER 5 LIGA J F2475F $44.99
Upper: Full-grain leather. Traditional 3-Stripes.
Midsole | Outsole: Two-color, two-density, PU outsole.
Profile: For recreational players on firm outdoor surfaces.
Available In:
Sizes: 1-6
039438
At Once
Black | Running White



666833 At Once
New Navy | Running White | Toro
662575 At Once
Running White | Running White | Aluminum
LILadi CRIB F1000F $19.99
Upper: Leather. Seamless construction. Hook-and-loop closure.
Midsole | Outsole: Non-skid bottom.
Profile: A comfortable crib shoe for the little one.
Available In:
Sizes: 0-3
662576 At Once
Running White | Pink Powder
662574 At Once
Running White | New Navy | Bayberry
673329 7 | 1 | 01
Running White | Sun Orange | Pumpkin
LILadi CRIB II EC CF F1000F $19.99
Upper: Leather. Seamless construction.
Midsole | Outsole: Non-skid bottom.
Profile: A comfy crib shoe for the little one.
Available In:
Sizes: 0-3
670188 At Once
Running White | Laguna | Sapphire
673017 7 | 1 | 01
New Navy | Light Blue | Lemon Peel
K {INFANTS}
PAGE: 177



FOOTWEAR WORKBOOK
2 0 0 1
adidas
adidas
Q2 | 2001 | FOOTWEAR
adidas

Exhibit 1
Page 23 of 141



{BASKETBALL}

PAGE: 6

669178 5|1|01
Aluminum | New Navy

**TRANSITION**
**MAGICIAN** F4675U $84.99

**Upper:** Full-grain leather and mesh.
**Midsole | Outsole:** Compression-molded EVA midsole. Non-marking rubber outsole.
**Profile:** A shoe that pushes the limits in backcourt performance.
**Available In:**
**Sizes:** 6.5-13,14,15,16

adiPRENE
TORSION

669174 4|1|01
Running White | Black

669175 4|1|01
Black | Black | Aluminum

669176 5|1|01
Running White | New Navy

**TEAM**
**PROMODEL 2G** F4125U $74.99

**Upper:** Full-grain leather. Shell toe.
**Midsole | Outsole:** Injection-molded EVA midsole. Non-marking herringbone rubber outsole.
**Profile:** For players of all abilities.
**Available In:**
**Sizes:** 6.5-15,16,17,18,19,20

TORSION

669180 5|1|01
New Navy | Running White | New Navy

669181 4|1|01
Black | Running White | Black

669183 4|1|01
Running White | New Navy



669166 6|1|01
Running White | Running White | Silver

SUPERSTAR 2G F3850U $69.99
Upper: Full-grain leather.
Midsole | Outsole: Molded EVA midsole. Lateral TORSION® support. Non-marking herringbone traction rubber outsole.
Profile: For the guard on-court, for everyone off-court.
Available In: Kids'
Sizes: 6.5-13,14,15,16,17,18,19,20
adiPRENE
TORSION
669163 6|1|01
Running White | Black | Running White
669164 6|1|01
Blue | Running White | Blue
669165 6|1|01
Black | Black

RELENTLESS LO F3025U $54.99
Upper: Full-grain leather.
Midsole | Outsole: Injection-molded EVA midsole. Non-marking herringbone traction rubber outsole.
Profile: A classic adidas style.
Available In: Men's
Sizes: 6.5-13,14,15
669126 4|1|01
Black | Running White
669127 4|1|01
Running White | New Navy
669128 4|1|01
Running White | Running White | Aluminum

M {BASKETBALL}
PAGE: 7



M {RUNNING}
PAGE: 8
PROTECTION CUSHION
EQUIPMENT RIDE F6600U $120.00
Upper: Air mesh. Reflective overlays.
Midsole | Outsole: Compression-molded EVA with extended TORSION® SYSTEM. UltraStrike™ heel.
Profile: For the runner looking for full heel-to-toe protection.
Available In:
Sizes: 6.5-13,14,15
adiPRENE
adiPRENE ⊕
TORSION
ULTRASTRIKE
CLIMALITE
Engineered Forefoot Ride
669237 At Once
Running White | Space | Spark
RESPONSE F4125U $74.99
Upper: Nylon mesh and synthetic leather.
Midsole | Outsole: Compression-molded EVA midsole. Carbon and blown rubber outsole.
Profile: Versatile, everyday training shoe.
Available In: Kids'
Sizes: 6.5-13,14,15,16,17,18,19,20
adiPRENE
adiPRENE ⊕
TORSION
669420 At Once
New Navy | Running White | Aluminum
670884 4|1|01
Running White | Pistons Yellow | Black | Lead
670883 4|1|01
Running White | New Navy | Toro
RESPONSE WIDE F4125U $74.99
Upper: Nylon mesh and synthetic leather.
Midsole | Outsole: Compression-molded EVA midsole. Carbon and blown rubber outsole.
Profile: Versatile, everyday training shoe.
Available In:
Sizes: 6.5-13,14,15,16,17,18,19,20
adiPRENE
adiPRENE ⊕
TORSION
670290 At Once
New Navy | Running White | Aluminum | Silver

**RESPONSE TRAIL** F4400U $79.99

**Upper:** Water-resistant mesh. Thin rubber overlays.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.

**Profile:** Versatile trail shoe for all types of terrain.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15

adiPRENE® adiPRENE®+ TORSION® TRAXION™

666570 At Once New Navy | Aluminum | Iron

670746 4 | 1 | 01 Black | Royal | Silver

669673 At Once Graphite | Black | Zinc | Terra Cotta

**RESPONSE TRAIL WIDE** F4400U $79.99

**Upper:** Water-resistant mesh. Thin rubber overlays.

**Midsole | Outsole:** Compression-molded EVA midsole. Carbon rubber outsole with TRAXION™ lugs and Road Zone.

**Profile:** Versatile trail shoe for all types of terrain.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE® adiPRENE®+ TORSION® TRAXION™

666662 At Once New Navy | Aluminum | Iron

**SCAVENGER** F3575U $64.99

**Upper:** Durable and breathable mesh.

**Midsole | Outsole:** EVA midsole. TRAXION™ outsole.

**Profile:** Supportive entry-level trail shoe.

**Available In:** Kids'

**Sizes:** 6.5-13,14,15

adiPRENE®+ TRAXION™

671060 At Once Aluminum | Black | Medium Lead

670856 4 | 1 | 01 Chalk | Grenadine | Maroc

## CLASSIC RUNNING

### NEO RESPONSE CLASSIC F3850U $69.99

**Upper:** Synthetic leather and mesh. Reflective trim. Loop lacing system.

**Midsole | Outsole:** Compression-molded EVA midsole. 3D TORSION® in midfoot and adiPRENE® in heel. Carbon and blown rubber outsole.

**Profile:**

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE®
TORSION®

072177 At Once
Running White | Black | Silver

076554 4|1|01
Running White | New Navy | Twilight Green

### OZWEEGO CLASSIC F3575U $64.99

**Upper:** Mesh and synthetic.

**Midsole | Outsole:** Compression-molded LightStrike™ EVA midsole. Carbon rubber outsole.

**Profile:** Lightweight neutral trainer.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE®
adiPRENE®+

TORSION®
LIGHTSTRIKE

670317 At Once
Black | Running White | Silver

071181 4|1|01
Running White | True Blue | Slime

### FALCON LEATHER CLASSIC F3575U $64.99

**Upper:** Full-grain leather.

**Midsole | Outsole:** Compression-molded EVA midsole. Full carbon rubber outsole.

**Profile:** Cushioned running shoe.

**Available In:**

**Sizes:** 6.5-13,14,15

adiPRENE®

030087 At Once
Black | Running White | Silver



669064 1|1|01
Black|Grenadine|Aluminum

669065 1|1|01
Parchment|Graphite|Python

**RESPONSE PINGORA III** F4400U $80.00

**Upper:** Synthetic and mesh. adidas speed lacing system.

**Midsole|Outsole:** Compression-molded EVA with adiPRENE® and adiPRENE®⊕ inserts. Compression-molded high-traction rubber with TRAXION™ at medial forefoot and propulsion zones.

**Profile:** Fast-paced outdoor pursuits.

**Available In:**

**Sizes:** 4-14,15,16,17

adiPRENE
adiPRENE⊕
TORSION
TRAXION

669066 1|1|01
Python|Maroc|Pistons Yellow

668977 1|1|01
Carob|Legion Blue|Parchment

668976 1|1|01
Legion Blue|Gold|Bone

**SAHALE X MID** F4125U $75.00

**Upper:** Split-suede and mesh.

**Midsole|Outsole:** Compression-molded EVA with adiPRENE® inserts. Compression-molded high-traction rubber with edging zones at medial forefoot.

**Profile:** Fast-packing and approach.

**Available In:**

**Sizes:** 4-14

adiPRENE
TORSION

668984 1|1|01
Curb|Chrome|Graphite



adidas
Q1
2002
FOOTWEAR WORKBOOK



MEN'S
BASKETBALL
team
Promodel 2G
$ 74.99
F4125S
Upper: Full-grain leather. Shell toe.
Midsole / Outsole: Injection-molded EVA midsole. Non-marking herringbone rubber outsole.
Sizes: 6.5-15, 16, 17, 18, 19, 20
672442 White I Collegiate Navy
669182 White I White
669183 White I Raven I White
672442
At Once
669182
At Once
669183
At Once
TORSION
MEN S
7



BASKETBALL team
8
MEN'S
676911
At Once
676912
At Once
672428
At Once
669163
At Once
669162
At Once
672429
At Once
669166
At Once
676877
02 | 01 | 02
676878
02 | 01 | 02
TORSION
Superstar 2G
$ 69.99
F3850S
Upper: Full-grain leather. Shell toe.
Midsole / Outsole: Molded EVA midsole. Non-marking herringbone rubber outsole.
Sizes: 6.5-15, 16, 17, 18, 19, 20
676911 Running White | Forest
676912 Running White | Steel Grey
672428 Running White | University Red
669163 Running White | Black | Running White
672429 Black | Running White
669162 Running White | New Navy
669166 Running White | Running White | Silver
676877 Running White | Royal Techno
676878 Running White | Gold Techno



RUNNING
control
20
MEN'S
674850
01 | 01 | 02
adiPRENE
adiPRENE ⊕
TORSION
Cairo II
$ 99.99
F5500S
Upper: Open mesh and synthetic leather.
Midsole / Outsole: Compression-molded EVA midsole. Carbon rubber outsole. Midfoot to heel.
Sizes: 6.5-13, 14, 15
674850 White | Nemesis | Mercer Blue | Volt
674852
01 | 01 | 02
adiPRENE
adiPRENE ⊕
TORSION
CLIMALITE
Calibrate M
$ 89.99
F4950S
Upper: Open mesh and synthetic leather.
Midsole / Outsole: Midfoot to heel polyeurathane midsole. Carbon rubber outsole. Midfoot to heel.
Sizes: 6.5-13, 14, 15
674852 Running White | Metallic Silver | Dark Navy | Cobalt
672876
01 | 01 | 02
adiPRENE
adiPRENE ⊕
TORSION
CLIMALITE
Calibrate Wide
$ 89.99
F4950S
Upper: Open mesh and synthetic leather.
Midsole / Outsole: Midfoot to heel polyeurathane midsole. Carbon rubber outsole.
Sizes: 6.5-13, 14, 15
672876 Running White | Metallic Silver | Dark Navy | Cobalt



675640
01 I 01 I 02
675636
01 I 01 I 02
adiPRENE
adiPRENE ⊕
TORSION
TRAXION
Pingora WP
$ 94.99
F5225S
Upper: Waterproof synthetic and waterproof mesh.
Midsole / Outsole: Compression-molded EVA Midsole. High-traction rubber outsole.
Sizes: 6-15, 16
675640 Aluminum 2 I Core I Fusion
675636 Flint I Beta I Spy
675619
01 I 01 I 02
adiPRENE
adiPRENE ⊕
TORSION
TRAXION
Riak
$ 89.99
F4950S
Upper: Full-grain nubuck and synthetic mesh.
Midsole / Outsole: Compression-molded EVA midsole. High-traction rubber outsole.
Sizes: 6-14
675619 Myrtle I Chrome I Maroc
Not shown
677711
01 I 01 I 02
adiPRENE
adiPRENE ⊕
TORSION
TRAXION
Pingora II LC
$ 84.99
F4675S
Upper: Synthetic mesh upper with lace cover.
Midsole / Outsole: Compression-molded EVA midsole. High-traction rubber outsole.
Sizes: 6-14
677711 Flint I Gamma I Chrome Not shown
MEN'S
ADVENTURE edge
39



015508
At Once
669453
At Once
671412
At Once
adiPRENE
TORSION
TRAXION
PREDATOR
MEN'S

**Copa Mundial** $ 99.99
F5500S

**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected traditional PU outsole.
**Sizes:** 4-15

015508 Black / White

**Libero FG** $ 54.99
F3025S

**Upper:** League leather with fold-over tongue.
**Midsole / Outsole:** Traditional TPU outsole.
**Sizes:** 6.5-13.5

669453 Black / White

## SOCCER
turf contemporary

**Predator Precision 2 TF** $ 150.00
F8250S

**Upper:** Kangaroo leather with PREDATOR(R) rubber islands. Asymmetrical loop lacing. Contoured fold-over tongue with hook-and-loop closure system.
**Midsole / Outsole:** Two-color two-density rubber TRAXION™ outsole.
**Sizes:** 6.5-13.5

671412 Black / White-Red

676780
01 I 01 I 02
676778
01 I 01 I 02
676779
01 I 01 I 02

**Terranova HG** $ 34.99
F1925S

**Upper:** Synthetic with fold-over tongue.
**Midsole / Outsole:** Traditional molded rubber outsole.
**Sizes:** 6.5-13.5

676780 Black I Silver
676778 Black I White-Forest
676779 Black I White-True Blue

676803
01 I 01 I 02
676802
01 I 01 I 02

**X-1 HG** $ 34.99
F1925S

**Upper:** Synthetic with fold-over tongue. Special treatment on side panels.
**Midsole / Outsole:** Traditional molded rubber outsole.
**Sizes:** 6.5-13.5

676803 Black I White-Met. New Navy
676802 Black I Metallic Champagne

SOCCER
firm ground core

071140
At Once

**Profi Liga** $ 125.00
F6875S

**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected traditional PU outsole.
**Sizes:** 6.5-13.5

071140 Black I White



SOCCER
indoor core
78
SOCCER
indoor core
MEN'S
019474
At Once
$ 94.99
F5250S
Copa Indoor
Upper: Kangaroo leather with reinforced suede toe.
Midsole / Outsole: Gum rubber outsole.
Sizes: 4-13.5
019474 Black | White
019161
At Once
$ 74.99
F4125S
Samba K
Upper: Kangaroo leather with reinforced suede toe.
Midsole / Outsole: Rubber outsole with indoor profile.
Sizes: 6.5-13.5
019161 Black | White
669455
At Once
$ 54.99
F3025S
Libero IN
Upper: League leather with fold-over tongue.
Midsole / Outsole: EVA midsole with gum rubber outsole.
Sizes: 6.5-13.5
669455 Black | White



SOCCER
firm ground
160
KIDS'
676853
01 I 01 I 02
676852
01 I 01 I 02
X-1 HG J
$ 29.99
F1650S
Upper: Synthetic. Fold-over tongue. Special treatment on side panels.
Midsole / Outsole: Two-color molded rubber outsole.
Sizes: 10.5-13.5, 1-6
676853 Black I White-Met. New Navy
676852 Black I Metallic Champagne
676859
02 I 01 I 02
676858
02 I 01 I 02
Fanatic HG J
$ 24.99
F1375S
Upper: Soft synthetic. Brushed nylon collar lining with extra padding. Fold-over tongue.
Midsole / Outsole: Two-color molded rubber outsole.
Sizes: 10.5-13.5, 1-6
676859 Black I White-Satellite
676858 Black I White-Poppy
676866
01 I 01 I 02
Astranova HG J
$ 19.99
F1150S
Upper: Soft synthetic. Brushed nylon collar lining with extra padding. Fold-over tongue.
Midsole / Outsole: Molded rubber outsole.
Sizes: 10.5-13.5, 1-6
676866 Black I Silver



adidas
2004
Q1
FOOTWEAR WORKBOOK



MEN'S
ADVENTURE
trail
679486
02 | 01 | 04
679487
04 | 01 | 04
CC ATS
$ 100.00
F5500S
Upper: Synthetic leather and air mesh.
Midsole / Outsole: Compression-molded LightStrike™ III EVA midsole.
High traction rubber outsole.
Sizes: 4-14
679486 Aluminum 2 | Master Blue | Black | Banana
679487 Iron | Carrot | Black | Aluminum
679385
03 | 01 | 04
679387
02 | 01 | 04
679386
04 | 01 | 04
CC Cardrona
$ 79.99
F4400S
Upper: Nubuck leather and mesh.
Midsole / Outsole: Compression-molded LightStrike™ III EVA midsole.
High traction rubber outsole.
Sizes: 4-14,15,16,17
679385 Chrome | Curb | Victory Red | Black | Graphite
679387 Thunder Grey | Light Titanium | Deep Orange | Black
679386 Iron | Graphite | Light Bark | Black
MEN'S
9

036108 03 | 01 | 04

036109 01 | 01 | 04

**LM 3.5** $ 64.99 F3250S

**Upper:** Synthetic leather.
**Midsole / Outsole:** Compression-molded, coated EVA midsole. Decoupled, abrasion resistant outsole.
**Sizes:** 4-14

| | |
|---|---|
| 036108 | Mercury Grey I Victory Red |
| 036109 | Black I Black |

036167 01 | 01 | 04

036168 02 | 01 | 04

036165 02 | 01 | 04

036169 03 | 01 | 04

**Samba Skate** $ 64.99 F3250S

**Upper:** Leather and scratch suede.
**Midsole / Outsole:** Compression-molded EVA midsole. High traction rubber outsole.
**Sizes:** 4-13.5

| | |
|---|---|
| 036167 | Black I Scarlet |
| 036168 | Running White I Black I Gum |
| 036165 | Black I Running White I Gum |
| 036169 | Coffee I Alabaster |

MEN'S

036085 03 | 01 | 04

036086 03 | 01 | 04

036173 05 | 01 | 04

036174 05 | 01 | 04

$ 44.99
F2250S

**Spok II**

**Upper:** Suede and suede/canvas.
**Midsole / Outsole:** Drop in EVA midsole.
Vulcanized rubber outsole.
**Sizes:** 4-14

036085 Thunder Grey | Running White | Gum
036086 Coffee | Twine | Gum
036173 Sesame | Military | Gum (Suede/canvas)
036174 Black | Aluminum | Gum (Suede/canvas)

MEN'S



016433 C/0
016434 C/0
021012 C/0
678660 C/0
678661 C/0
TORSION
$ 69.99
Superstar 2G Perf
F3850S
Upper: Leather.
Midsole / Outsole: Injection-molded, sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16-20
016433 White | Black
016434 White | Silver
021012 White | Dark Indigo | Silver
678660 White | University Red
678661 White | Coffee
669162 C/0
669163 C/0
674357 C/0
TORSION
$ 69.99
Superstar 2G
F3850S
Upper: Leather.
Midsole / Outsole: Injection-molded, sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16-20
669162 White | New Navy
669163 White | Black
674357 White | Silver | Techno
MEN'S
BASKETBALL 27



BASKETBALL
28
MEN'S
147677
C/O
147678
C/O
147679
C/O
TORSION
$ 69.99
F3850S
Superstar 2G Steel
Upper: Leather.
Midsole / Outsole: Injection-molded, sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16-20
147677 White | Silver
147678 White | Black | Silver
147679 White | Royal | Silver
019039
C/O
019038
C/O
TORSION
$ 69.99
F3850S
Superstar 2G (4E)
Upper: Leather.
Midsole / Outsole: Injection-molded, sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16
019039 White | Black
019038 White | New Navy
019257
C/O
TORSION
$ 69.99
F3850S
Superstar 2G Steel (4E)
Upper: Leather.
Midsole / Outsole: Injection-molded, sculpted EVA midsole, high traction/herringbone.
Sizes: 6.5-15,16
019257 White | Black



RUNNING
performance classics
010111 At Once
010112 At Once
010110 At Once
679081 01 I 01 I 04
adiPRENE
$ 69.99
F3850S
Response Trail 96 Classic
Upper: Synthetic leather and mesh.
Midsole / Outsole: Compression-molded EVA and carbon rubber outsole.
Sizes: 6.5-13,14,15
010111 Light Onix I New Navy I Black
010112 Medium Lead I Ivy I Black
010110 Skree I Uniform Blue I Black I Silver
679081 Aluminum 2 I Black I Victory Red
679141 01 I 01 I 04
679143 01 I 01 I 04
679144 01 I 01 I 04
adiPRENE
TORSION
$ 69.99
F3850S
Response 99
Upper: Synthetic leather and mesh.
Midsole / Outsole: Compression-molded EVA and carbon rubber outsole.
Sizes: 6.5-13,14,15
679141 Dark Navy I White I Ivy
679143 White I Black I Metallic Silver
679144 White I Mercury Grey I Red
MEN'S
RUNNING
performance classics
47



385510
At Once
$ 39.99
F2200S
Manado II FG
**Upper:** Soft, durable free-kick leather.
Fold-over tongue with elastic tongue trainer.
**Midsole / Outsole:** Traditional TPU outsole.
**Sizes:** 6.5-13.5
385510 Black | White | Poppy
SOCCER
firm ground-classic
015508
At Once
$ 99.99
F5500S
Copa Mundial
**Upper:** Kangaroo leather.
**Midsole / Outsole:** Direct-injected PU outsole
with molded studs.
**Sizes:** 4-14
015508 Black | White
039772
01 | 01 | 04
$ 54.99
F3025S
Libero III FG
**Upper:** Free-kick leather with fold-over tongue.
**Midsole / Outsole:** TPU outsole.
**Sizes:** 6.5-13.5
039772 Black | White | True Blue
MEN'S
SOCCER
firm ground-classic
71



WOMEN'S
ADVENTURE
trail
679390
02 | 01 | 04
679389
04 | 01 | 04
679391
03 | 01 | 04
CC Cardrona W
$ 79.99
F4400S
Upper: Nubuck leather and mesh.
Midsole / Outsole: Compression-molded LightStrike™ III EVA midsole. High traction rubber outsole.
Sizes: 5-12
679390 Chrome | Cloud | Clear Sky | Black | Lead
679389 Collegiate Red | Alabaster | Graphite | Black
679391 Sesame | Lime Green | Loam | Black | Graphite
679205
01 | 01 | 04
679203
01 | 01 | 04
Kumasi W
$ 64.99
F3575S
Upper: Nubuck leather, split suede, and mesh.
Midsole / Outsole: Compression-molded LightStrike™ III EVA midsole. High traction rubber outsole.
Sizes: 4-11
679205 Aluminum 2 | Black | Thunder Grey | Carrot
679203 Light Titanium | Aluminum | Aspen | Black
WOMEN'S
97



015733
At Once
037385
01 | 01 | 04
adiPRENE
TORSION
$ 64.99
F3575S
Nova Runner W
Upper: Synthetic leather and mesh.
Midsole / Outsole: Compression-molded EVA and carbon rubber outsole.
Sizes: 5-11,12
015733 Light Uniform | Blue Silver | Pale Yellow
037385 White | Dark Navy | Pale Grey | Ruby
037971
01 | 01 | 04
020978
At Once
adiPRENE
TORSION
$ 64.99
F3575S
Nova Runner D W
Upper: Synthetic leather and mesh.
Midsole / Outsole: Compression-molded EVA and carbon rubber outsole.
Sizes: 5-11,12
037971 White | Dark Navy | Pale Grey | Ruby
020978 Light Uniform | Blue Silver | Pale Yellow
037972
01 | 01 | 04
020980
At Once
adiPRENE
TORSION
$ 64.99
F3575S
Nova Runner 2E W
Upper: Synthetic leather and mesh.
Midsole / Outsole: Compression-molded EVA and carbon rubber outsole.
Sizes: 5-11,12
037972 White | Dark Navy | Pale Grey | Ruby
020980 Light Uniform | Blue Silver | Pale Yellow
WOMEN'S
RUNNING
cushion
111



041281
01 I 01 I 04
041280
01 I 01 I 04
016440
At Once
016443
At Once
020224
At Once
$ 49.99
F2500F
Superstar 2G Perf J
Upper: Full-grain perforated leather upper. Patent stripes. Shell toe.
Midsole / Outsole: Compression-molded EVA, non-marking outsole.
Sizes: 3.5-7
041281 White I Coffee
041280 White I Cobalt
016440 White I Black
016443 White I University Red
020224 White I Light Purple
041278
01 I 01 I 04
041279
01 I 01 I 04
016446
At Once
016449
At Once
020226
At Once
$ 44.99
F2250F
Superstar 2G Perf C
Upper: Full-grain perforated leather upper. Patent stripes. Shell toe.
Midsole / Outsole: Compression-molded EVA, non-marking outsole.
Sizes: 10.5-3
041278 White I Coffee
041279 White I Cobalt
016446 White I Black
016449 White I University Red
020226 White I Light Purple
KIDS
BASKETBALL
157



adidas

Exhibit 1
Page 50 of 141








674357 at once

669163, 019039 at once

669162, 019038 at once

TORSION® SYSTEM

## Superstar 2G

$69.99 F3850F

Putting points on the board and tough defense never go out of style, and that's what every generation of this classic players' shoe has always been designed to do. **Upper:** Synthetic material mix for interesting looks. **Lining:** Textile **Inlay:** EVA insole for comfort. **Midsole:** TORSION® SYSTEM for midfoot integrity. Compression-molded EVA for lightweight cushioning. **Outsole:** Herringbone pattern outsole for optimum traction. Non-marking rubber outsole.

**Sizes:** 6.5-13 | 14 | 15 | 16-20

| | | |
|---|---|---|
| 669162 | Running White I New Navy | |
| 019038 | Running White I New Navy (4E) | WIDE |
| 669163 | Running White I Black | |
| 019039 | Running White I Black (4E) | WIDE |
| 674357 | Running White I Silver Techno | |

016433 at once

TORSION® SYSTEM

## Superstar 2G Perf

$69.99 F3850F

Contemporary Millennium Superstar using today's technology, reinterpreting yesterday's retro style and feel. **Upper:** Full-grain leather for comfort and soft feel. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Compression-molded EVA for lightweight cushioning. TORSION® SYSTEM for midfoot integrity. **Outsole:** Non-marking rubber outsole.

**Sizes:** 6.5-13 | 14 | 15 | 16-20

| | |
|---|---|
| 016433 | Running White I Black |




352265 1 | 1 | 06

809543 1 | 1 | 06

CLIMAPROOF

## Wildtrail Mid CP

$74.99
F4125F

A great all-purpose mid-cut trail and approach shoe. With excellent traction and support, this shoe is both lightweight and versatile. Ideal for day hikes, light bouldering and scrambling. Due to the construction and materials this shoe will keep the foot dry when the weather turns bad. **Upper:** ClimaProof® for breathable protection in wet conditions. PU-coated leather for durability and easy care. Suede upper for stylish look and soft feel. **Lining:** Textile. **Inlay:** Ortholite antimicrobial moisture-wicking sockliner. **Midsole:** Compression-molded EVA for lightweight cushioning. **Outsole:** High-traction rubber. Ultimate in grip.
**Sizes:** 6-14

809543 Medium Lead | Light Grey | Lead | Dark Shale
352265 Sesame | Black | Iron

352398 1 | 1 | 06

809099 1 | 1 | 06

## Rhyolite Mid M

$64.99
F3575F

Light but surprisingly stable. Waterproof leather and mesh upper and heel wrap for improved stability. Minimalist outsole is perfect for light, fast hiking. **Upper:** Nylon mesh upper for light weight and breathability. Scratch suede leather for durability. Suede upper for stylish look and soft feel. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Injected EVA for long-term lightweight cushioning. **Outsole:** High-traction rubber. Ultimate in grip. Mountain grip – the perfect combination of stability and grip.
**Sizes:** 6-14

809099 Fango | Black | Titan Grey | Collegiate Silver | Orange County
352398 Leather | Titan Grey | Putty | Black | Dark Slate

352266 1 | 1 | 06

809102 1 | 1 | 06

## Rhyolite Low M

$59.99
F3300F

Light but surprisingly stable. Waterproof leather and mesh upper and heel wrap for improved stability. Minimalist outsole is perfect for light, fast hiking. **Upper:** Nylon mesh upper for light weight and breathability. Scratch suede leather for durability. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Injected EVA for long-term lightweight cushioning. **Outsole:** High-traction rubber. Ultimate in grip. Rubber cupsole with EVA inserts for cushioning and light weight.
**Sizes:** 6-14

809102 Silver | Medium Lead | Fierce Red | Metallic Silver
352266 Titan Grey | Putty | Light Clay | Fierce Red




132672 C/O 451743 1 I 1 I 06

451742 1 I 1 I 06

adiPRENE®⊕

## a3™ Transfer

$84.99
F4675F

Everyday training shoe for runners looking for a fast ride. It features a light, supportive upper with 360-degree reflectivity and a3™ in the heel to cushion, guide and drive your foot. **Upper:** Reflective materials for safety in low light conditions. **Lining:** Textile. **Inlay:** Molded EVA insole for anatomical comfort. **Midsole:** a3 TPU plate insert for dynamic cushioning. **Outsole:** Blown rubber outsole for lightweight grip and cushion.
**Sizes:** 6.5-13 I 14 I 15

| | |
|---|---|
| 451742 | Met. Silver I Collegiate Red I Dark Silver Met. I Met. Silver |
| 451743 | White I Black I Energy I White |
| 132672 | White I Dark Navy I Metallic Silver |

451550 1 I 1 I 06

807462 1 I 1 I 06

adiPRENE®⊕
adiPRENE®
geoFIT
TORSION®
KIDS
TORSION® SYSTEM
adiWEAR™
quickstrike

## Supernova® Cushion

$84.99
F4675F

A perennial favorite, updated with increased adiPRENE®⊕ in the forefoot and adiPRENE® in the heel. Its new seam-free design gives the upper the highest level of fit and comfort. **Upper:** GeoFit™ construction for anatomical fit and comfort. Seam-free fit technology. **Inlay:** Molded ortholite antimicrobial moisture-wicking sockliner. **Midsole:** adiPRENE provides protection from harmful impact forces. adiPRENE⊕ maintains forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. **Outsole:** adiWEAR™ outsole for best durability in high-wear areas. Blown rubber outsole for lightweight grip and cushion. QuickStrike™ for best lightweight durability and flexibility.
**Sizes:** 6.5-13 I 14 I 15

| | |
|---|---|
| 807462 | Metallic Silver I Medium Lead I White I Yellow Cab |
| 451550 | White I Black I Energy |

463569 12 I 1 I 05

463508 12 I 1 I 05

adiPRENE®⊕

## a3™ Prowl

$74.99
F4125F

a3™ in the heel, adiPRENE®⊕ in the forefoot and full-length flex grooves in the midsole provide runners with a smooth, cushioned transition in this versatile running shoe. **Upper:** Mesh nylon combines light weight and durability. **Inlay:** Molded EVA insole for anatomical comfort. **Midsole:** a3 cushion unit for a supple ride. **Outsole:** Blown-rubber outsole for lightweight grip and cushion.
**Sizes:** 6.5-13 I 14 I 15

| | |
|---|---|
| 463508 | White I Collegiate Royal I Metallic Silver |
| 463569 | Black I Metallic Silver I Black |





011040 12 | 15 | 05

**World CUP** $125.00 F7000F

Highest-quality classic football shoe with screw-in studs. The choice of professional players for more than 20 years. **Upper:** K-leather for durability, lightness, glove-like fit. **Lining:** Synthetic. **Inlay:** EVA insole for comfort. **Outsole:** Screw-in studs for grip on very soft natural grounds.
**Sizes:** 6.5-13.5

011040 Black | White

015508 12 | 15 | 05

**Copa Mundial** $99.99 F5500F

The most popular football shoe of the past 20 years. Perfect fit and comfort. The choice of football players on all levels. **Upper:** K-leather for excellent ball feel and fit. **Lining:** Synthetic. **Inlay:** Foam insole for comfort. **Outsole:** Direct-injected outsole for optimized fit and comfort. Durable firm ground outsole for firm natural grounds.
**Sizes:** 4-15

015508 Black | White

019228 12 | 15 | 05

**Mundial Team** $89.99 F5100F

Professional multi-stud shoe with the finest materials and the classic adidas football look. **Upper:** K-leather for excellent ball feel and fit. **Lining:** Synthetic. **Midsole:** PU for additional stability and durability. **Outsole:** TF rubber outsole for turf and hard ground use.
**Sizes:** 4-13.5

019228 Black | White








534595 C/0

113159 C/0

534596 C/0

TORSION®
adiPRENE®

## Hyena Runner W

$64.99
F3575F

Excellent cushioning benefits with adiPRENE® heel to protect from impact. Comfortable enough to wear every day. **Upper:** Synthetic leather upper for light weight and durability. Mesh nylon combines light weight and breathability. **Inlay:** EVA insole for comfort. **Midsole:** Injected EVA for long-term lightweight cushioning. adiPRENE insert for comfort and shock absorption. **Outsole:** Carbon rubber for durability. **Lining:** Textile.
**Sizes:** 5-12

| | |
|---|---|
| 534596 | Powder Blue I Calvi I Light Carbon |
| 113159 | White I New Navy I Aura |
| 534595 | Metallic Silver I Neon Blue I Metal Grey |

748640 12 I 1 I 05

748641 12 I 1 I 05

adiPRENE®
TORSION®

## Stanton W

$59.99
F3300F

This well-cushioned, supportive shoe has now been given a new, technical upper with welds for improved fit, comfort and fewer stitch lines. **Upper:** Two-layer upper for flexible snug fit and comfort. Built on a runners specific last to provide a superior fit. Mesh nylon combines light weight and breathability. **Lining:** Non-slip lining for comfort and performance. **Inlay:** EVA insole for comfort. **Midsole:** 3-D TORSION® for best midfoot integrity. adiPRENE® insert for comfort and shock absorption. Injected EVA for long-term lightweight cushioning. **Outsole:** Carbon rubber for durability.
**Sizes:** 5-12

| | |
|---|---|
| 748641 | Medium Lead I Diva I Matte Silver I Running White I Dark Silver |
| 748640 | White I Neon Blue I Metallic Silver I Black |

749985 12 I 1 I 05

749988 12 I 1 I 05

749986 12 I 1 I 05

adiPRENE®
TORSION®
KIDS

## Uraha W

$59.99
F3300F

Technical running shoe at the entry-level price point level that features adiPRENE® and TORSION® for a supportive, well-cushioned ride. **Upper:** Two-layer upper for flexible snug fit and comfort. Mesh nylon combines light weight and breathability. Synthetic material mix. **Lining:** Non-slip lining for comfort and performance. **Inlay:** EVA insole for comfort. **Midsole:** 3-D TORSION for best midfoot integrity. adiPRENE provides protection from harmful impact forces. Injected EVA for long-term lightweight cushioning. **Outsole:** Carbon rubber for durability.
**Sizes:** 5-12

| | |
|---|---|
| 749986 | Dark Shale I Zenith I Metallic Silver I White |
| 749988 | White I Cyber Metallic I Pale Sienna |
| 749985 | New Navy I Light Purple I Metallic Armour I White |





352597 4 | 1 | 06

352589 1 | 20 | 06

non-marking

### Garnett 3 I

$44.99
F2250F

Designed and engineered exclusively for Kevin Garnett, its revolutionary a3™ power technology provides the ultimate in lightweight cushioning and ultra-durable support. **Upper:** Synthetic leather upper for light weight and durability. Suede upper for stylish look and soft feel. External molded heel counter for maximum support. **Inlay:** PU insole for durable comfort. **Midsole:** Structure midsole for optimal stability and platform. Internal EVA midsole for cushion, fit and comfort. **Outsole:** Herringbone pattern outsole for optimum traction. Non-marking rubber outsole. **Lining:** Textile.

**Sizes:** 2 | 3 | 4 | 5-10

| | |
|---|---|
| 352589 | Running White I Lone Blue I Metallic Silver |
| 352597 | Black I Lone Blue I Metallic Silver |

772309 12 | 1 | 05

772308 12 | 1 | 05

772311 1 | 1 | 05

adiPRENE®⊕

### a3™ Decade J

$59.99
F3000F

Old-school flavor taken to the next level with exoskeletal overlays in the upper and heel with the lightest, smallest execution of an a3™ Structure ever seen in a basketball shoe. **Upper:** Full-grain leather for comfort and soft feel. Synthetic leather trims improve upper durability. **Lining:** Textile. **Inlay:** PU insole for durable comfort. **Midsole:** adiPRENE®⊕ insert for forefoot propulsion and efficiency. Molded EVA for lightweight cushioning. Structured a3 elements for weight reduction and durability. **Outsole:** Herringbone pattern outsole for optimum traction. Multi-directional pattern outsole for maximum traction.

**Sizes:** 3.5-7

| | |
|---|---|
| 772311 | Running White I University Red I Black |
| 772308 | Running White I Metallic Silver |
| 772309 | Black I Running White I Metallic Silver |

772104 12 | 1 | 05

772730 12 | 1 | 05

772731 12 | 1 | 05

available in size 7

adiFIT®

non-marking

### Superstar 2G Ultra J

$49.99
F2500F

Putting points on the board and tough defense never go out of style, and that's what every generation of this classic player's shoe has always been designed to do. **Upper:** Leather for foot climate and comfort. **Lining:** Textile. **Inlay:** EVA insole for comfort. **Midsole:** Compression-molded EVA for cushioning. **Outsole:** Non-marking rubber outsole.

**Sizes:** 3.5-7

| | |
|---|---|
| 772731 | White I Dark Indigo |
| 772730 | White I Diva |
| 772104 | White I Silver |



adidas
spring & summer 2011
running specialty
Competitor Magazine
April 2010 cover

FOOTWEAR | ADISTAR®

## adiSTAR® Salvation 2 M

h7700h | $140.00

Supreme comfort comes standard in the adiSTAR® Salvation. With the active FORMOTION™ midfoot stretch panel for an adaptive fit, the Salvation lives up to its name.

**UPPER:** Perforated EVA tongue for lightweight comfort and breathability. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate in anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE® maintains forefoot propulsion and efficiency. Extended TORSION® SYSTEM for midfoot and forefoot integrity. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 6.5-13 | 14 | 15
Q1/Q2
**G44717** Running White | Phantom | Radiant Gold 01 | 01 | 11

micoach
adiPRENE®
adiPRENE®+
FORMOTION™
adiLITE™
adiWEAR®
FitFOAM™
GEOFIT™
TORSION® SYSTEM
pro-moderator
OrthoLite comfort foam insoles

G44717

## adiSTAR® Salvation 2 W

h7700h | $140.00

Supreme comfort comes standard in the adiSTAR® Salvation. With the active FORMOTION™ midfoot stretch panel for an adaptive fit, the Salvation lives up to its name.

**UPPER:** The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement. Women's-specific upper with more space and no overlays in the bunion area to ensure maximum comfort.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** Extended TORSION® SYSTEM for midfoot and forefoot integrity. Women's-specific midsole with higher TORSION®-ability and adjusted heel bevel to match women's needs. FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ maintains forefoot propulsion and efficiency.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2
**U44131** Running White | Black Red Metallic | Metallic Silver | Fresh Pink 01 | 01 | 11

micoach
adiPRENE®+
FORMOTION™
FitFOAM™
GEOFIT™+
adiLITE™
adiWEAR®
TORSION® SYSTEM
pro-moderator
OrthoLite comfort foam insoles

U44131



G43290

micoach
adiPRENE®
adiPRENE®+
FORMOTION™
adiLITE™
adiWEAR®
FitFOAM™
GEOFIT™
TORSION® SYSTEM
OrthoLite® comfort foam insoles

## adiSTAR® Ride 3 M

h7425h I $135.00

The gold standard in luxury and performance takes it up a step. Extra adiPRENE® in heel, forefoot-flexible seamless mesh upper and active FORMOTION™ for even smoother rides.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE®⊕ offers full-length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 7-13 I 14 I 15
Q1/Q2
**G43290** Metallic Silver | Lead | Radiant Gold 01 | 01 | 11

G43293

micoach
adiPRENE®
adiPRENE®+
FORMOTION™
adiLITE™
adiWEAR®
FitFOAM™
GEOFIT™+
TORSION® SYSTEM
OrthoLite® comfort foam insoles

## adiSTAR® Ride 3 W

h7425h I $135.00

The gold standard in luxury and performance takes it up a step. Extra adiPRENE® in heel, forefoot-flexible seamless mesh upper and active FORMOTION™ for even smoother rides.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot. The active FORMOTION™ midfoot stretch panel provides an adaptive fit working in conjunction with your foot's natural movement.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** adiLITE™ lasting for superb comfort and light weight.
**MIDSOLE:** adiPRENE®⊕ offers full-length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2
**G43293** Metallic Silver | Black Silver Metallic | Blue Spirit 01 | 01 | 11

## adiSTAR® Raven

h6600h I $120.00

Hit the trails with expert traction, adiWEAR® durability and the hard-hitting support of FORMOTION™ 360, protecting your stride with adaptive, low-to-the-ground cushioning.

**UPPER:** Lightweight ripstop nylon for durability. Perforated EVA tongue.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** Anatomically molded EVA for insole comfort.
**MIDSOLE:** FORMOTION™ 360 extending into the forefoot for closer-to-the-ground adaptability and protection. adiPRENE® ⊕ offers full-length forefoot cushioning.
**OUTSOLE:** TRAXION™ outsole for maximum grip in all directions.

SIZES : 6.5-13 I 14
Q1/Q2
**G43077** Phantom | Black | Radiant Gold 01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™+
TORSION® SYSTEM
TRAXION™

OrthoLite

G43077

## adiSTAR® Raven W

h6600h I $120.00

Hit the trails with expert traction, adiWEAR® durability and the hard-hitting support of FORMOTION™ 360, protecting your stride with adaptive, low-to-the-ground cushioning.

**UPPER:** Lightweight ripstop nylon for durability. Perforated EVA tongue.
**LINING:** GEOFIT™+ for the ultimate anatomical adaptation and comfort through FitFOAM™ construction.
**INLAY:** Anatomically molded EVA for insole comfort.
**MIDSOLE:** FORMOTION™ 360 extending into the forefoot for closer-to-the-ground adaptability and protection. adiPRENE®⊕ offers full-length forefoot cushioning.
**OUTSOLE:** TRAXION™ outsole for maximum grip in all directions.

SIZES : 5.5-12
Q1/Q2
**G43079** Silver | Phantom | Fresh Pink 01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™+
TORSION® SYSTEM
TRAXION™
OrthoLite

G43079



U44117

adiPRENE®
adiPRENE®+
FORMOTION™
GEOFIT™
TORSION® SYSTEM
pro-moderator

## Supernova™ Riot 3 M

h6050h | $110.00

A comfortable new Riot with forefoot flex grooves for smoother transitions. Continental rubber outsole for added durability and traction. Rubberized mesh on upper for protection.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** GEOFIT™ construction for anatomical fit and comfort.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** Pro-moderator medial support prevents overpronation. adiPRENE®⊕ offers full-length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Continental rubber outsole supplies superior grip in all underfoot conditions.

SIZES : 6.5-13 | 14 | 15
Q1/Q2

**U44117** Phantom | Metallic Silver | Radiant Gold 01 | 01 | 11

U44116

adiPRENE®
adiPRENE®+
FORMOTION™
GEOFIT™
TORSION® SYSTEM
pro-moderator

## Supernova™ Riot 3 W

h6050h | $110.00

A comfortable new Riot with forefoot flex grooves for smoother transitions. Continental rubber outsole for added durability and traction. Rubberized mesh on upper for protection.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** GEOFIT™ construction for anatomical fit and comfort.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** Pro-moderator medial support prevents overpronation. adiPRENE®⊕ offers full-length forefoot cushioning. FORMOTION™ for motion control and ground adaptability.
**OUTSOLE:** Continental rubber supplies superior grip in all underfoot conditions.

SIZES : 5-14
Q1/Q2

**U44116** Phantom | Metallic Silver | Fresh Pink 01 | 01 | 11

## Supernova™ Glide 3 M

h6050h I $110.00

Clean, modern and ultracomfortable, this shoe is ready to hit the ground running. Men's-specific fit, with a seamless upper, FORMOTION™ cushioning and a more stable heel.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort. GEOFIT™ construction for anatomical fit and comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ offers full-length forefoot cushioning.
**OUTSOLE:** adiWEAR® outsole for best durability in high-wear areas.

SIZES : 7-15 I 16 I 17 I 18 I 19 I 20

Q1/Q2

**G42901** Metallic Silver | Black Blue Metallic | Satellite 01 | 01 | 11

Q2

**G42896** Deepest Space | Black | Electricity 04 | 01 |11

micoach
adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™
TORSION® SYSTEM

G42901

G42896

## Supernova™ Glide 3 W

h6050h I $110.00

Clean, modern and ultracomfortable, this shoe is ready to hit the ground running. Women's-specific fit, with a seamless upper, FORMOTION™ cushioning and a more stable heel.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort. GEOFIT™ construction for anatomical fit and comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE®⊕ offers full-length forefoot cushioning.
**OUTSOLE:** adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-14

Q1/Q2

**U44122** Running White | Black Red Metallic | Fresh Pink 01 | 01 | 11

micoach
adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
GEOFIT™
TORSION® SYSTEM

U44122



G16990, U43203 (wide)

U41734

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiLITE™
adiWEAR®
GEOFIT™
TORSION® SYSTEM
pro-moderator

## Supernova™ Sequence 3 M

h5500h | $100.00

Evolution, not revolution, takes this favorite a step forward. A redesigned forefoot with adiPRENE® and new flex zones improve transitions. Microsuede overlays add comfort and support.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Dual-layer adiLITE™/respoEVA sockliner for great step-in and motion comfort (antimicrobial).
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE® provides protection from harmful impact forces. Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. Pro-moderator medial support device prevents overpronation.
**OUTSOLE:** adiWEAR® outsole for best durability in high-wear areas.

SIZES : 6.5-15 | 16 | 17 | 18 | 19 | 20
Q1/Q2

| | | |
|---|---|---|
| **G16990** | Running White \| Black \| University Red | 01 \| 01 \| 11 |
| **U43203** | Running White \| Black \| University Red (wide) | 01 \| 01 \| 11 |
| **U41734** | Metallic Silver \| Black Green Metallic \| Intense Green | 01 \| 01 \| 11 |

G44742

G12972 (wide)

G12968, G12971 (narrow)

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiLITE™
adiWEAR®
GEOFIT™
TORSION® SYSTEM
pro-moderator

## Supernova™ Sequence 3 W

h5500h | $100.00

This is evolution, not revolution. Enjoy the same women's-specific heel bevel, TORSION® SYSTEM shaft and centered heelstrike, now with a more flexible midfoot and flex support near the laces.

**UPPER:** Stitched-on microsuede for smooth forefoot fit and support for the natural flex zones of the foot.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Dual-layer adiLITE™/respoEVA sockliner for great step-in and motion comfort (antimicrobial).
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. adiPRENE® provides protection from harmful impact forces. Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity. Pro-moderator medial support device prevents overpronation.
**OUTSOLE:** adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2

| | | |
|---|---|---|
| **G44742** | Metallic Silver \| Black Red Metallic \| Glory | 01 \| 01 \| 11 |
| **G12972** | Running White \| Black Silver Metallic \| Radiant Red (wide) | 01 \| 01 \| 11 |
| **G12968** | Running White \| Pool \| Metallic Silver | 01 \| 01 \| 11 |
| **G12971** | Running White \| Pool \| Metallic Silver (narrow) | 01 \| 01 \| 11 |

## Supernova™ Adapt M

h5250h I $95.00

An all-new Supernova™ for runners seeking a unique performance fit. FORMOTION™, adiPRENE®, adiPRENE®⊕ and a blown-rubber forefoot deliver the same excellent ride with a narrower fit.

**UPPER:** Perforated upper materials for superior breathability.
**LINING:** Air mesh lining for comfort and breathability.
**INLAY:** Molded EVA insole for anatomical comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. Dual-density midsole for pronation control. adiPRENE®⊕ in the forefoot and TORSION® SYSTEM for midfoot arch protection. adiPRENE® insert in heel for comfort and shock absorption.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 6.5-13 I 14 I 15
Q1/Q2
**G42836** Running White | Black Green Metallic | Intense Green 01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM

G42836

## Supernova™ Adapt W

h5250h I $95.00

An all-new Supernova™ for runners seeking a unique performance fit. FORMOTION™, adiPRENE®, adiPRENE®⊕ and a blown-rubber forefoot deliver the same excellent ride with a narrower fit.

**UPPER:** Perforated upper materials for superior breathability.
**LINING:** Air mesh lining for comfort and breathability.
**INLAY:** Molded EVA insole for anatomical comfort.
**MIDSOLE:** FORMOTION™ for motion control and ground adaptability. Dual-density midsole for pronation control. adiPRENE®⊕ in the forefoot and TORSION® SYSTEM for midfoot arch protection. adiPRENE® insert in heel for comfort and shock absorption.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2
**G42837** Running White | Black Red Metallic | Fresh Pink 01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM

G42837



G43234

micoach
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM

## adiZero™ Aegis 2 M

h6600h I $120.00

Fast, stable, sleek. This neutral stability trainer has a bonded upper for lightweight support. 3D FORMOTION ensures smooth, natural touchdowns at high speeds. miCoach compatible.

**UPPER:** Coolever mesh has a clover-shaped yarn to manage heat and sweat, reducing discomfort and increasing performance. Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** Lightweight, high-rebound midsole compound for a fast and efficient transition. Extended TORSION® SYSTEM for heel and midfoot stability. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Forefoot lugs for traction on road surfaces. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 6.5-13 I 14 I 15
Q1/Q2
**G43234** Black | Metallic Silver | Acid Buzz 02 | 01 | 11

U41846

micoach
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM

## adiZero™ Aegis 2 W

h6600h I $120.00

Fast, stable, sleek. This neutral stability trainer has a bonded upper for lightweight support. 3D FORMOTION ensures smooth, natural touchdowns at high speeds. miCoach compatible.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** Lightweight, high-rebound midsole compound for a fast and efficient transition. Extended TORSION® SYSTEM for heel and midfoot stability. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Forefoot lugs for traction on road surfaces. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2
**U41846** Black | Metallic Silver | Fresh Pink 02 | 01 | 11

FOOTWEAR | ADIZERO™

## adiZero™ adios

h6050h I $110.00

Train in the fastest shoe in the world. Worn by Haile Gebrselassie when he ran a world-record 2:03:58. The adios will have you saying goodbye to your previous PBs.

**UPPER:** Environmentally responsible, solvent-free synthetic Tirennina suede.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** adiPRENE® insert in heel for comfort and shock absorption. Extended TORSION® SYSTEM for midfoot and forefoot integrity.
**OUTSOLE:** Dual-compound rubber outsole, which integrates sticky and blown rubber for a perfect blend of grip and cushioning. Quickstrike for best lightweight durability and flexibility.

SIZES : 4-13 I 14 I 15
Q1/Q2
**U44151** Intense Green | Black | Metallic Silver 01 | 01 | 11

adiPRENE®
adiPRENE®+
TORSION® SYSTEM
quickstrike

U44151

## adiZero™ adios W

h6050h I $110.00

Train in the fastest shoe in the world. The adios will have you saying goodbye to your previous PBs.

**UPPER:** Environmentally responsible, solvent-free synthetic Tirennina suede.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** adiPRENE® insert in heel for comfort and shock absorption. Extended TORSION® SYSTEM for midfoot and forefoot integrity.
**OUTSOLE:** Dual-compound rubber outsole, which integrates sticky and blown rubber for a perfect blend of grip and cushioning. Quickstrike for best lightweight durability and flexibility.

SIZES : 5-12
Q1/Q2
**G44723** Intense Green | Black | Fresh Pink 01 | 01 | 11

adiPRENE®
adiPRENE®+
TORSION® SYSTEM
quickstrike

G44723



U41848

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM
pro-moderator

## adiZero™ Tempo 4 M

h5500h I $100.00

The lightest shoe in its class, it gives you everything you need, nothing you don't. Pure and simple in appearance and function, this is the ultimate lightweight stability running shoe.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion. Pro-moderator medial support device prevents overpronation.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 6.5-13 I 14 I 15
Q1/Q2
**U41848** Running White | Black Green Metallic | Intense Green 01 | 01 | 11

G43523

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM
pro-moderator

## adiZero™ Tempo 4 W

h5500h I $100.00

The lightest shoe in its class, it gives you everything you need, nothing you don't. Pure and simple in appearance and function, this is the ultimate lightweight stability running shoe.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion. TORSION® SYSTEM for midfoot integrity. Pro-moderator medial support device prevents overpronation.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2
**G43523** Running White | Black Blue Metallic | Fresh Splash 01 | 01 | 11

## adiZero™ Boston M

h5500h | $100.00

A serious lightweight neutral trainer that is built for speed. Made to stay responsive and fast through the hard training. Your feet will be flying.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning. adiPRENE® 45 lasting for added comfort and cushioning.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 6.5-13 | 14 | 15
Q1/Q2
**G43511** Collegiate Royal | Metallic Silver | Acid Buzz 01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM

G43511

## adiZero™ Boston W

h5500h | $100.00

A serious lightweight neutral trainer that is built for speed. Made to stay responsive and fast through the hard training. Your feet will be flying.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Lightweight molded foam insole for comfort and cushioning. adiPRENE® 45 lasting for added comfort and cushioning.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2
**G44746** Fresh Lemon | Black | Fresh Splash 01 | 01 | 11

adiPRENE®
adiPRENE®⊕
FORMOTION™
adiWEAR®
TORSION® SYSTEM

G44746



G43524

adiPRENE®⊕
adiWEAR®
TORSION® SYSTEM
TRAXION™

## adiZero™ XT

h4950h | $90.00

This low-profile shoe takes speedy looks to a new level. Style, comfort and cool all come together in this great all-around shoe.

**UPPER:** EVA tongue construction for maximum comfort.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** TORSION® SYSTEM for midfoot integrity. Full forefoot adiPRENE®⊕ for forefoot propulsion.
**OUTSOLE:** High-traction rubber. Ultimate in grip. Sticky rubber. Superior water traction. TRAXION™ outsole for maximum grip in all directions. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 4-13 | 14 | 15
Q1/Q2
**G43524** Black | Metallic Silver | Intense Green 01 | 01 | 11

G43520

adiPRENE®⊕
adiWEAR®
TORSION® SYSTEM

## adiZero™ Rocket

h4400h | $80.00

This new racing flat is lightning fast and just as deadly. With a sleek, asymmetrical design, the adiZero™ Rocket is focused on winning performance, from 5Ks to marathons.

**UPPER:** Asymmetrical upper design. Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for maximum performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** Full forefoot adiPRENE®⊕ for forefoot propulsion and efficiency. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** adiWEAR® outsole for best durability in high-wear areas. Blown-rubber outsole for lightweight grip and cushion. Flex grooves for optimum forefoot flexibility. Forefoot lugs for traction on road surfaces.

SIZES : 4-13
Q1/Q2
**G43520** Running White | Black | Intense Green 01 | 01 | 11

FOOTWEAR | ADIZERO™

## adiZero™ Mana 5 M

h4400h | $80.00

Train hard, race hard in this performance trainer for distance runners. Added medial support and responsive forefoot enhances toe push-off, so your speedwork stays speedy.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** Dual-density midsole for pronation control. adiPRENE® insert for comfort and shock absorption. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 4-13 | 14 | 15
Q1/Q2
**G43515** Acid Buzz | Black | Metallic Silver 01 | 01 | 11

adiPRENE®
adiPRENE®+
adiWEAR®
TORSION® SYSTEM

G43515

## adiZero™ Mana 5 W

h4400h | $80.00

Train hard, race hard in this performance trainer for distance runners. Added medial support and responsive forefoot enhances toe push-off, so your speedwork stays speedy.

**UPPER:** Air mesh upper for maximum ventilation.
**LINING:** Nonslip lining for comfort and performance.
**INLAY:** Molded respoEVA sockliner for anatomical fit and great step-in comfort.
**MIDSOLE:** Dual-density midsole for pronation control. adiPRENE® insert for comfort and shock absorption. TORSION® SYSTEM for midfoot integrity.
**OUTSOLE:** Blown-rubber outsole for lightweight grip and cushion. adiWEAR® outsole for best durability in high-wear areas.

SIZES : 5-12
Q1/Q2
**G43517** Running White | Black Red Metallic | Fresh Pink 01 | 01 | 11

adiPRENE®
adiPRENE®+
adiWEAR®
TORSION® SYSTEM

G43517



men's footwear

Exhibit 1
Page 71 of 141

## Superstar 2 – Suede

history: The adidas Originals Superstar has proven itself on the basketball court and in the streets since 1970. These newest Superstar shoes feature soft suede in fresh new colors for summer.

| | | |
|---|---|---|
| V22966 | tan blend : dark indigo : white | 1/1/12 |
| V22967 | dark indigo : half orange : white | 1/1/12 |

price: $75.00
sizes: 4-12,13,14

## Superstar 2

history: The adidas Originals Superstar 2 has proven itself on the basketball court and in the streets since 1970. This classic leather version comes in colors to match all of your favorite tracksuits.

| | | |
|---|---|---|
| V24477 | black : black : core energy | 2/1/12 |
| V24475 | white : white : prime blue | 3/1/12 |
| G17067 | black : white : black | C.O. |
| G17068 | white : black : white | C.O. |
| G17071 | white : white : white | C.O. |
| G17070 | white : new navy : white | C.O. |
| G17069 | white : fairway : white | C.O. |
| G43681 | white : light scarlet : white | C.O. |
| G14748 | black : black : black | C.O. |
| G17205 | white : satellite : white | C.O. |
| G15564 | white : cardinal : white | C.O. |

price: $70.00
sizes: 4-15,16,17,18,19,20,21






## Samoa

history: This easygoing sneaker with a signature suede toe box has been a fan favorite for decades.

| | | |
|---|---|---|
| 019351 | black : white | C.O. |
| 675033 | white : black | C.O. |
| 133759 | white : white | C.O. |
| G22597 | white : fairway : fairway | C.O. |
| G22596 | black : black : metallic silver | C.O. |
| G22593 | cardinal : white | C.O. |
| G24861 | new navy : white | C.O. |

price: $60.00
sizes: 4-12,13,14



## Samba®

history: When introduced in 1962, the Samba® was the first football training shoe developed for frozen pitches. Since then the Samba® has evolved from its original purpose as a training shoe to a terrace staple and has gone on to become a modern day street classic in its own right.

| | | |
|---|---|---|
| G19472 | white : new navy : gum | C.O. |
| G21947 | white : light scarlet : gum | C.O. |
| G42701 | white : fairway : gum | C.O. |
| G17100 | black : white : black | C.O. |
| G17102 | white : black : white | C.O. |

price: $65.00
sizes: 4-12,13,14

## Campus 2 – Leather

history: Arguably the most iconic adidas sneaker ever produced, the Campus simply never goes out of style. Outfitted in leather, the adidas Originals Campus 2 – Leather lives up to the legacy, with contrast 3-Stripes, gold logo details and a durable Superstar rubber outsole.

| | | |
|---|---|---|
| G49417 | white : white : white | 1/1/12 |
| G49418 | black : black : black | 1/1/12 |
| G49421 | white : new navy : new navy | 1/1/12 |
| G49419 | white : core energy : core energy | 2/1/12 |
| G49420 | white : grey blend : grey blend | 3/1/12 |

price: $65.00
sizes: 4-12,13,14

## Campus 2 – Suede

history: Arguably the most iconic adidas sneaker ever produced, the Campus simply never goes out of style. Outfitted in soft suede, the adidas Originals Campus 2 – Suede lives up to the legacy, with contrast 3-Stripes, gold logo details and a durable Superstar rubber outsole.

| | | |
|---|---|---|
| 034894 | black : white | C.O. |
| 034895 | navy : white | C.O. |
| V22888 | light grey : white : light grey | C.O. |
| G06027 | mid cinder : white | C.O. |
| G22960 | black : black : black | C.O. |
| G22970 | cardinal : white : cardinal | C.O. |

price: $65.00
sizes: 4-12,13,14





## Rod Laver

history: Worn by the legendary tennis superhero, the adidas Originals Rod Laver shoe brings center court to the street. This season updates the original's all-white body with classic seasonal colors in a textural mix of mesh and leather.

| | | |
|---|---|---|
| G47881 | black : black : white | 2/1/12 |
| G47882 | collegiate navy : collegiate navy : prime yellow | 2/1/12 |
| G47880 | medium lead : medium lead : core energy | 2/1/12 |
| 668701 | white : green | C.O. |
| 668702 | white : navy | C.O. |

price: $60.00
sizes: 4-15,16,17,18

## Gazelle 2

history: Originally released in 1968 as an all-around trainer, the Gazelle soon became an international sneaker icon. Today's adidas Originals Gazelle 2 continues the legacy, with a soft suede upper and contrast 3-Stripes at the side.

| | | |
|---|---|---|
| 032622 | black : white | C.O. |
| 034581 | marine : white | C.O. |

price: $65.00
sizes: 4-12,13,14

## adistar™ Racer

history: Sleek, lightweight and lo-profile, the adidas Originals adistar™ Racer brings a speedy, retro running-shoe look to your everyday style. Features a breezy double-layer mesh build and classic suede overlays.

| | | |
|---|---|---|
| V22767 | pool : white : slate | 1/1/12 |
| V22768 | light maroon : white : cardinal | 1/1/12 |
| V22769 | black : white : black | 1/1/12 |
| V22770 | white : black : white | 1/1/12 |

price: $65.00
sizes: 4-12,13,14

## adilette

history: First introduced in 1972 and going strong ever since, the adidas Originals adilette is the sport slide that started it all.

| | | |
|---|---|---|
| V24312 | white : dark indigo : light scarlet | 3/1/12 |
| 280648 | white : black : white | C.O. |
| 280647 | black : white : black | C.O. |
| 288022 | new navy : white : new navy | C.O. |

price: $30.00
sizes: 4-16 FS







women's footwear
ADI104_Inline.indd 33
5/26/11 10:36 AM

Exhibit 1
Page 80 of 141

## Superstar 2 W

history: First hitting the courts in 1970, the adidas Originals Superstar was the first basketball shoe to feature an all-leather upper and the now-famous shell toe. This version for the ladies sports feminine colorways to hook to your favorite track top.

| | | |
|---|---|---|
| V22849 | black : bloom : white | 1/1/12 |
| V22846 | white : dark indigo : white | 1/1/12 |
| G47753 | white : power pink : power pink | 2/1/12 |
| 901019 | white : white : white | C.O. |
| G47967 | black : black : black | C.O. |

price: $70.00
sizes: 5-11

## Samoa W

history: This easygoing leather sneaker with a signature suede toe box has been a fan favorite for decades. This edition of the adidas Originals Samoa stays true to the original with bold 3-Stripes in seasonal pop colors.

| | | |
|---|---|---|
| G47676 | white : ultra pop : ultra pop | 2/1/12 |
| G47677 | white : collegiate aqua : collegiate aqua | 3/1/12 |
| G20682 | white : white : silver | C.O. |
| G23426 | white : black : white | C.O. |

price: $60.00
sizes: 5-11

## Honey Stripes Mid W

history: The mid-cut adidas Originals Honey Stripes Mid shoe brings back classic 80s leisure style.

| | | |
|---|---|---|
| V24727 | white : bloom : white | 1/1/12 |
| V24730 | marine : marine : white | 2/1/12 |
| V24726 | black : white : black | C.O. |
| G43682 | white : metallic silver : white | C.O. |

price: $55.00
sizes: 5-11

## Honey Stripes Lo W

history: The lo-cut adidas Originals Honey Stripes Lo shoe brings back classic 80s leisure style.

| | | |
|---|---|---|
| V24724 | dark indigo : dark indigo : white | 2/1/12 |
| G43668 | white : metallic silver : white | C.O. |
| G43669 | black : white : black | C.O. |

price: $52.00
sizes: 5-11

## Honey Hook W

history: The adidas Originals Honey Hook is the latest evolution of the classic 80s sneaker. Featuring vulcanized rubber outsoles just like the original shoe, this casual version has a simple suede upper, cotton twill tongue and outdoor-inspired hook lacing.

| | | |
|---|---|---|
| V24255 | marine : marine : light bone | 1/1/12 |
| V24256 | core energy : core energy : light bone | 1/1/12 |
| V24257 | light bone : light bone : marine | 1/1/12 |

price: $70.00
sizes: 5-11





all
originals
adidas
inline
q113



men's
footwear
adidas

Exhibit 1
Page 84 of 141

G59967

G59924 G59927 G14748 G17067

G17068 G17071 G17070 G43681

## superstar 2

history: Originally appearing in 1969 as a lo-top basketball shoe, the adidas Originals Superstar 2 continues the legacy without losing any of its original charm.

| | | |
|---|---|---|
| G59967 | white : black : light scarlet | 1/1/13 |
| G59924 | black : tech grey : vivid yellow | 2/1/13 |
| G59927 | white : black : turquoise | 3/1/13 |
| G14748 | black : black : black | C.O. |
| G17067 | black : white : black | C.O. |
| G17068 | white : black : white | C.O. |
| G17071 | white : white : white | C.O. |
| G17070 | white : new navy : white | C.O. |
| wG43681 | white : light scarlet : white | C.O. |

price: $70.00 : s3850s
sizes: 4-15,16,17,18,19,20,21

men's

# footwear /// everyday iconics

## men's

G59930

G49852

G49851

### pro model – leather

history: Styled just like the original late-70s basketball shoe, this adidas Pro Model reissue has a classic all-leather build, the iconic shell-toes, and gold metallic logos on the tongue, heel tab and lateral wordmark.

| | | |
|---|---|---|
| G59930 | white : new navy : metallic gold | 1/1/13 |
| G49852 | white : black : metallic gold | C.O. |
| G49851 | white : white : metallic gold | C.O. |

price: $78.00 : s4290s
sizes: 4-14

G65620

G65619

### pro model – nubuck

history: Styled just like the original late-70s basketball shoe, this adidas Pro Model reissue is made from synthetic nubuck and features the iconic shell-toes with snakeskin-embossed leather 3-Stripes.

| | | |
|---|---|---|
| G65620 | black : turquoise : metallic gold | 2/1/13 |
| G65619 | tech grey : white : metallic gold | 3/1/13 |

price: $78.00 : s4290s
sizes: 4-14

# footwear /// everyday iconics

Q23101

Q23103

Q23102

032622

034581

## gazelle 2

history: Originally released in 1968 as an all-around trainer, the Gazelle soon became an international sneaker icon. Today's adidas Originals Gazelle 2 shoes continue the legacy, with soft suede uppers and an ultra-comfy mesh lining.

| | | |
|---|---|---|
| Q23101 | dark petrol : white : met. gold | 1/1/13 |
| Q23103 | stone : white : metallic gold | 1/1/13 |
| Q23102 | wheat : white : metallic gold | 2/1/13 |
| 032622 | black : white | C.O. |
| 034581 | marine : white | C.O. |

price: $65.00 : s3575s
sizes: 4-14

Q20601

Q20602

G17100

G17102

## samba®

history: The adidas Samba® seems to have been born on the street, but this favorite adidas shoe first debuted as a football trainer designed to negotiate frozen pitches. This latest adidas Samba® features eco-friendly materials inside and out.

| | | |
|---|---|---|
| Q20601 | cardinal : bliss : metallic gold | 1/1/13 |
| Q20602 | mustang brn. : bliss : met. gold | 1/1/13 |
| G17100 | black : white : gum5 | C.O. |
| G17102 | white : black : gum5 | C.O. |

price: $65.00 : s3575s
sizes: 4-14



women's footwear

Exhibit 1
Page 88 of 141

# footwear /// everyday iconics

G65819

G65818

G65817

## vanity vulc mid 2

history: The best thing about wearing the women's adidas Originals Vanity Vulc Mid 2 is the sassy zip front that can be worn opened or closed. Features a seasonal all-canvas build, classic leather 3-Stripes and a vulcanized rubber outsole.

| | | |
|---|---|---|
| G65819 | legend ink : vivid pink : white | 1/1/13 |
| G65818 | black : white : blaze pink | 2/1/13 |
| G65817 | true blue : white : red zest | 3/1/13 |

price: $65.00 : s3575s
sizes: 5-11

G65650

G65649

Q23588

G59863

901019

## superstar 2 w

history: Originally appearing in 1969 as a lo-top basketball shoe, the adidas Originals Superstar 2 W continues the legacy without losing any of its original charm.

| | | |
|---|---|---|
| G65650 | white : vivid pink : white | 1/1/13 |
| G65649 | white : black : vivid red | 2/1/13 |
| Q23588 | black : white : blaze pink | 2/1/13 |
| G59863 | white : red zest : true blue | 3/1/13 |
| 901019 | white : white : white | C.O. |

price: $70.00 : s3850s
sizes: 5-11

women's

## samoa w

history: This easygoing leather sneaker has been a fan favorite for decades.

| | | |
|---|---|---|
| G20682 | white : white : silver | C.O. |
| G23426 | white : black : white | C.O. |

price: $65.00 : s3575s
sizes: 5-11

G20682

G23426

## samoa w – valentine

history: This easygoing leather sneaker has been a fan favorite for decades. Updated for the season in a fun Valentine's Day execution.

| | | |
|---|---|---|
| G67108 | white : white : vivid red | 2/1/13 |

price: $65.00 : s3575s
sizes: 5-11

G67108



adidas
running
specialty
FALL WINTER CATALOG 2013
ADIDAS.COM



G97561

G96599

Q34010

micoach
boost
ADIWEAR™
FORMOTION®
GEOFIT™
techfit
TORSION® SYSTEM

## Energy Boost M

$150.00 | h8250h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- seamless upper designed to maximize comfort while reducing potential irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition during heelstrike to midfoot stance transition
- ZONEMOTION outsole ensures a smooth transition
- upper adapts to your individual foot shape
- midsole will not lose cushioning due to warm or cold weather

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- techfit™ upper has TPU welded onto the top to hold the foot securely in place during the run cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/12mm midsole heights
- 10mm drop
- 276g/9.74oz. (men's size 9)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 6.5-13 | 14 | 15

Q3/Q4

| | | |
|---|---|---|
| **Q34010** | Electricity \| Running White \| Blue Beauty | 08 \| 01 \| 13 |
| **G97561** | Night Shade \| Night Metallic \| Hi-Res Red | 08 \| 01 \| 13 |
| **G96599** | Prime Blue \| Neo Iron Metallic \| Infrared | 06 \| 01 \| 13 |



energy boost
G97559
Q21115
G97558

micoach
boost
ADIWEAR™
FORMOTION®
GEOFIT™
techfit
TORSION® SYSTEM

## Energy Boost W

$150.00 | h8250h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- seamless upper designed to maximize comfort while reducing potential irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition during heelstrike to midfoot stance transition
- ZONEMOTION outsole ensures a smooth transition
- upper adapts to your individual foot shape
- midsole will not lose cushioning due to warm or cold weather

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- techfit™ upper has TPU welded onto the top to hold the foot securely in place during the run cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/12mm midsole heights
- 10mm drop
- 233g/8.2oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5-12
Q3/Q4

| | | |
|---|---|---|
| **G97558** | Electricity \| Metallic Silver \| Black | 08 \| 01 \| 13 |
| **G97559** | Dark Onix \| Tech Silver Metallic \| Blast Emerald | 08 \| 01 \| 13 |
| **Q21115** | Vivid Pink \| Neo Iron Metallic \| Red Zest | 06 \| 01 \| 13 |



G95112

micoach
boost
FORMOTION®
GEOFIT™
TORSION® SYSTEM

## Adios Boost M

$140.00 | h7700h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- clover-shaped Coolever mesh designed to reduce moisture around the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- full-length TORSION® SYSTEM designed for maximum propulsion off of the toe when moving at efficient rates

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- designed for athletes, from elites to mere mortals, looking to set their PRs
- designed for the runner within the 4-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 19.5/9mm midsole heights
- 10.5mm drop
- 226g/8oz. (men's size 9)
- 55c durometer
- 80/107mm bottom nets (men's size 9)

SIZES : 7-13 | 14 | 15

Q4

**G95112** Hero Ink | Metallic Silver | Infrared 10 | 01 | 13





Q21501

micoach
boost
FORMOTION®
GEOFIT™
TORSION® SYSTEM

## Adios Boost W

$140.00 I h7700h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- clover-shaped Coolever mesh designed to reduce moisture around the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- full-length TORSION® SYSTEM designed for maximum propulsion off of the toe when moving at efficient rates

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- designed for athletes, from elites to mere mortals, looking to set their PRs
- designed for the runner within the 4-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 19.5/9mm midsole heights
- 10.5mm drop
- 187g/6.6oz. (women's size 7)
- 55c durometer
- 80/107mm bottom nets (men's size 9)

SIZES : 5-12
Q4
**Q21501** Blast Purple | Tech Silver | Red Zest 10 | 01 | 13



G97675

micoach
boost
FORMOTION®
GEOFIT™
PRO-MODERATOR™
techfit
TORSION® SYSTEM

## Adistar Boost M

$170.00 | h9350h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- seamless techfit™ upper designed to maximize comfort while reducing potential irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition during heel strike to midfoot stance transition
- FORMOTION® heel allows for a guided transition into the midfoot area
- foot-activated stability for better midfoot transition into the toe-off
- PRO-MODERATOR™ skin on the medial side allows for additional guidance throughout the gait cycle

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- techfit™ upper has TPU welded onto the top to hold the foot securely in place through the run cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights
- 11mm drop
- 315g/11.1oz. (men's size 9)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 6.5-15
Q3/Q4
**G97675** Tech Grey | Black | Hi-Res Red 08 | 01 | 13





G97677

micoach
boost
FORMOTION®
GEOFIT™
PRO-MODERATOR™
techfit
TORSION® SYSTEM

## Adistar Boost W

$170.00 I h9350h

### BENEFITS

- revolutionary new midsole developed by adidas Innovative Technology (AIT) team
- midsole designed to stay the same density from 1 mile to 600 miles and on
- seamless techfit™ upper designed to maximize comfort while reducing potential irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition during heel strike to midfoot stance transition
- FORMOTION® heel allows for a guided transition into the midfoot area
- foot-activated stability for better midfoot transition into the toe-off
- PRO-MODERATOR™ skin on the medial side allows for additional guidance throughout the gait cycle

### GOOD TO KNOWS

- concept spent 5 years in development and testing before being brought to market
- techfit™ upper has TPU welded onto the top to hold the foot securely in place through the run cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights
- 11mm drop
- 269g/9.5oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5-12
Q3/Q4
**G97677** Blast Pink | Tech Silver Metallic | Pride Pink 08 | 01 | 13



Q33795

G97321

G97322

G97323

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FITFOAM®
FORMOTION®
GEOFIT™
TORSION® SYSTEM

## Supernova Glide 5 M

$115.00 | h6325h

### BENEFITS

- seamless upper designed to maximize comfort while reducing irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance
- ZONEMOTION outsole ensures a smooth transition
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

- lower volume toe box region to maximize fit while maintaining faster feel
- active FORMOTION® upper moves with the foot more naturally during the gait cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23.5/11.5mm midsole heights
- 12mm drop
- 318g/11.2oz. (men's size 9)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 6.5-13 | 14 | 15

Q3/Q4

| | | |
|---|---|---|
| **Q33795** | Light Onix \| Metallic Silver \| Electricity | 06 \| 01 \| 13 |
| **G97321** | Blue Beauty \| Metallic Silver \| Electricity | 06 \| 01 \| 13 |
| **G97322** | Electricity \| Metallic Silver \| Night Metallic | 06 \| 01 \| 13 |
| **G97323** | Black \| Neo Iron Metallic \| Infrared | 06 \| 01 \| 13 |



G97326
Q33796
Q33797
G97324

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FITFOAM®
FORMOTION®
GEOFIT™
TORSION® SYSTEM

## Supernova Glide 5 W

$115.00 I h6325h

### BENEFITS

- seamless upper designed to maximize comfort while reducing irritation on top of the foot
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance transition
- ZONEMOTION outsole ensures a smooth transition
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

- lower volume toe box region to maximize fit while maintaining faster feel
- active FORMOTION® upper moves with the foot more naturally during the gait cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23.5/11.5mm midsole heights
- 12mm drop
- 262g/9.3oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5-12

Q3/Q4

| | | |
|---|---|---|
| **G97324** | Black \| Neo Iron Metallic \| Blast Purple | 06 \| 01 \| 13 |
| **G97326** | Blast Pink \| Tech Silver Metallic \| Red Zest | 06 \| 01 \| 13 |
| **Q33796** | Prism Blue \| Metallic Silver \| Blast Pink | 06 \| 01 \| 13 |
| **Q33797** | Light Onix \| Tech Silver Metallic \| Prism Mint | 06 \| 01 \| 13 |



Q33798

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FITFOAM®
FORMOTION®
GEOFIT™
TORSION® SYSTEM

## Supernova Glide ATR M

$115.00 I h6325h

### BENEFITS

- weather-resistant upper allows for protection against the elements on and off the trail
- toe cap designed to protect the foot against the terrain while providing added weather protection
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance
- mud-release outsole ensures that mud and dirt are left on the trail and outdoors
- aggressive outsole lugs are biomechanically designed to grip the surface where traction is needed
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

- design language incorporates all of the benefits of the Supernova Glide with added trail and weather protection
- active FORMOTION® upper moves with the foot more naturally during the gait cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23.5/11.5mm midsole heights
- 12mm drop
- 340g/12oz. (men's size 9)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 6.5-13 I 14 I 15
Q3/Q4
**Q33798** Black | Metallic Silver | Hi-Res Red 06 | 01 | 13





Q33799

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FITFOAM®
FORMOTION®
GEOFIT™
TORSION® SYSTEM

## Supernova Glide ATR W

$115.00 | h6325h

### BENEFITS

- weather-resistant upper allows for protection against the elements on and off the trail
- toe cap designed to protect the foot against the terrain while providing added weather protection
- GEOFIT™ collar allows for a more secure yet softer feel around the ankle and Achilles during the running gait cycle
- dual TORSION® SYSTEM allows for a smoother transition from heelstrike to midfoot stance
- mud-release outsole ensures that mud and dirt are left on the trail and outdoors
- aggressive outsole lugs are biomechanically designed to grip the surface where traction is needed
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber in the toe and heel regions

### GOOD TO KNOWS

- design language incorporates all of the benefits of the Supernova Glide with added trail and weather protection
- active FORMOTION® upper moves with the foot more naturally during the gait cycle
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23.5/11.5mm midsole heights
- 12mm drop
- 287g/10.1oz. (women's size 7)
- 55c durometer
- 87/111mm bottom nets (men's size 9)

SIZES : 5-12
Q3/Q4
**Q33799** Night Shade | Metallic Silver | Electricity 06 | 01 | 13



Q21562

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION®
SPRINTWEB
TORSION® SYSTEM

## Adizero Boston 4 M

$110.00 | h6050h

### BENEFITS

- improved last allows for better fit through the midfoot and forefoot region
- dual TORSION® SYSTEM bars provide stability through the midfoot phase of the gait cycle
- molded heel provides a better fit and hold through the entire running gait
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber
- microsuede midfoot allows for a better fit and hold

### GOOD TO KNOWS

- forefoot SPRINTWEB guarantees a better, faster fit for the neutral foot type
- complete redesign of the Boston allows for it to be an everyday training shoe
- designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23/11mm midsole heights
- 12mm drop
- 270g/9.25oz. (men's size 9)
- 55c durometer
- 83/108mm bottom nets (men's size 9)

SIZES : 6.5-13 | 14 | 15
Q3/Q4
**Q21562** Black | Metallic Silver | Infrared 06 | 01 | 13





Q21563

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION®
SPRINTWEB
TORSION® SYSTEM

## Adizero Boston 4 W

$110.00 I h6050h

### BENEFITS

- improved last allows for better fit through the midfoot and forefoot region
- dual TORSION® SYSTEM bars provide stability through the midfoot phase of the gait cycle
- molded heel provides a better fit and hold through the entire running gait
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber
- microsuede midfoot allows for a better fit and hold

### GOOD TO KNOWS

- forefoot SPRINTWEB guarantees a better, faster fit for the neutral foot type
- complete redesign of the Boston allows for it to be an everyday training shoe
- designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23/11mm midsole heights
- 12mm drop
- 228g/7.3oz. (women's size 7)
- 55c durometer
- 83/108mm bottom nets (men's size 9)

SIZES : 5-12
Q3/Q4
**Q21563** Blast Purple | Blast Purple Metallic | Red Zest 06 | 01 | 13





G95119

ADIPRENE®

ADIPRENE®+

TORSION® SYSTEM

## Adizero Adios M

$115.00 I h6325h

### BENEFITS

- Coolever mesh on the upper allows for maximum heat exchange between the foot and the outside air because of the larger weave, to keep the foot cool from start to finish
- 3D external heel counter allows for a more comfortable heel fit and security during faster foot transitions
- three-tiered TORSION® SYSTEM allows for greater forefoot propulsion
- quickstrike configuration in the forefoot provides better grip in the forefoot while reducing weight
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

- world's fastest marathon shoe, worn by Patrick Makau when he set the 2:03:38 world record at the Berlin Marathon
- designed for the runner within the 4-7:30 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights
- 11mm drop
- 210g/7.4oz. (men's size 9)
- 53c durometer
- 78/108mm bottom nets (men's size 9)

SIZES : 6.5-13 I 14 I 15

Q3/Q4

**G95119** Blast Purple | Black | Infrared 06 | 01 | 13





G95137

ADIPRENE®

ADIPRENE®+

TORSION® SYSTEM

## Adizero Adios W

$115.00 | h6325h

### BENEFITS

- Coolever mesh on the upper allows for maximum heat exchange between the foot and the outside air because of the larger weave, to keep the foot cool from start to finish
- 3D external heel counter allows for a more comfortable heel fit and security during faster foot transitions
- three-tiered TORSION® SYSTEM allows for greater forefoot propulsion
- quickstrike configuration in the forefoot provides better grip in the forefoot while reducing weight
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

- world's fastest marathon shoe, worn by Patrick Makau when he set the 2:03:38 world record at the Berlin Marathon
- designed for the runner within the 4-7:30 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights
- 11mm drop
- 184g/6.5oz. (women's size 7)
- 53c durometer
- 78/108mm bottom nets (men's size 9)

SIZES : 5-12

Q3/Q4

**G95137** Blast Purple | Black | Infrared 06 | 01 | 13



G97412

G97413

micoach
ADILITE™
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION®
GEOFIT™+
TORSION® SYSTEM

## Supernova Solution M

$125.00 I h6875h

### BENEFITS

- ADIPRENE® + frame encapsulates the entire foot
- larger FORMOTION® unit stabilizes the foot during longer transitions with the running surface
- midfoot TORSION® SYSTEM combined with ZONEMOTION outsole in the forefoot produces a much smoother transition during the heel-to-toe gait cycle
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

- shoe is intended for both neutral and slight pronators
- provides support using "stability through geometry" engineering
- active FORMOTION® upper results in superior midfoot integrity and support
- designed for runners within the 8-13 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 24/12mm midsole heights
- 12mm drop
- 350g/12.3oz. (men's size 9)
- 57c durometer
- 90/110mm bottom nets (men's size 9)

SIZES : 6.5-13 I 14 I 15

Q3/Q4

| | | |
|---|---|---|
| **G97413** | Hi-Res Red \| Metallic Silver \| Night Shade | 06 \| 01 \| 13 |
| **G97412** | Blue Beauty \| Metallic Silver \| Electricity | 06 \| 01 \| 13 |



G97415

G97414

micoach
ADILITE™
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION®
GEOFIT™+
TORSION® SYSTEM

## Supernova Solution W

$125.00 I h6875h

### BENEFITS

- ADIPRENE® + frame encapsulates the entire foot
- larger FORMOTION® unit stabilizes the foot during longer transitions with the running surface
- midfoot TORSION® SYSTEM combined with ZONEMOTION outsole in the forefoot produces a much smoother transition during the heel-to-toe gait cycle
- 21% more traction in dry conditions and 23% more traction in wet conditions, delivered via Continental Rubber

### GOOD TO KNOWS

- shoe is intended for both neutral and slight pronators
- provides support using "stability through geometry" engineering
- active FORMOTION® upper results in superior midfoot integrity and support
- designed for runners within the 8-13 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 24/12mm midsole heights
- 12mm drop
- 320g/11.3oz. (women's size 7)
- 57c durometer
- 90/110mm bottom nets (men's size 9)

SIZES : 5-12
Q3/Q4

| | | |
|---|---|---|
| **G97414** | Blast Pink \| Metallic Silver \| Red Zest | 06 \| 01 \| 13 |
| **G97415** | Shade Grey \| Tech Silver \| Prism Mint | 06 \| 01 \| 13 |



G95101

micoach
ADILITE™
ADIPRENE®+
ADIWEAR™
FORMOTION®
SPRINTWEB
TORSION® SYSTEM

## Adizero Aegis M

$125.00 I h6875h

### BENEFITS

- split-density midsole allows for light impact on lateral side while providing stability on the medial side during the transition phase of the running motion
- ADIPRENE® + medial midsole provides guidance for the foot during the entire running gait cycle while maintaining superior cushioning through toe-off phase
- Continental Rubber outsole on toe-off region along with ADIWEAR™ outsole provides excellent traction on both wet and dry surfaces
- heat-welded SPRINTWEB upper in toe region maintains completely frictionless surface on the top of the foot for faster running
- last modifications allow for snugger heel fit at the Achilles and wider toe box with reduced volume overall for a true performance fit

### GOOD TO KNOWS

- ideal shoe for both the neutral runner and the slight pronator due to the superior "stability through geometry" engineering
- shoe is a great complement for the neutral runner seeking more support on longer training runs
- dual TORSION® SYSTEM for midfoot integrity during middle transition phase of the running gait
- designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23/12mm midsole heights
- 11mm drop
- 255g/9oz. (men's size 9)
- 55c durometer
- 82/107mm bottom nets (men's size 9)

SIZES : 6.5-15

Q3/Q4

**G95101** Hi-Res Red | Night Metallic | Infrared 06 | 01 | 13





G95125

micoach

ADILITE™

ADIPRENE®+

ADIWEAR™

FORMOTION®

SPRINTWEB

TORSION® SYSTEM

## Adizero Aegis W

$125.00 I h6875h

### BENEFITS

- split-density midsole allows for light impact on lateral side while providing stability on the medial side during the transition phase of the running motion
- ADIPRENE® + medial midsole provides guidance for the foot during the entire running gait cycle while maintaining superior cushioning through toe-off phase
- Continental Rubber outsole on toe-off region along with ADIWEAR™ outsole provides excellent traction on both wet and dry surfaces
- heat-welded SPRINTWEB upper in toe region maintains completely frictionless surface on the top of the foot for faster running
- last modifications allow for snugger heel fit at the Achilles and wider toe box with reduced volume overall for a true performance fit

### GOOD TO KNOWS

- ideal shoe for both the neutral runner and the slight pronator, due to the superior "stability through geometry" engineering
- shoe is a great complement for the neutral runner seeking more support on longer training runs
- dual TORSION® SYSTEM for midfoot integrity during middle transition phase of the running gait
- designed for the runner within the 6-9 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 23/12mm midsole heights
- 11mm drop
- 206g/7.3oz. (women's size 7)
- 55c durometer
- 82/107mm bottom nets (men's size 9)

SIZES : 5-12
Q3/Q4
**G95125** Shade Grey | Tech Silver | Hi-Res Red 06 | 01 | 13



Q21472
G97328
G97479
Q21470

micoach
ADIPRENE®
ADIPRENE®+
ADIWEAR™
FORMOTION®
GEOFIT™
PRO-MODERATOR™
SPRINTWEB
TORSION® SYSTEM

## Supernova Sequence 6 M

$120.00 I h6600h

### BENEFITS

- new seamless SPRINTWEB upper provides maximum comfort while promoting better heel-to-toe feel
- new gender-specific PRO-MODERATOR™ + stability piece significantly reduced for lighter weight and better transition through the running gait cycle
- midfoot tongue wraps around the foot to provide dynamic support and fit
- gender-specific ZONEMOTION outsole delivers more forefoot flexibility
- 360° reflectivity
- GEOFIT™ collar for softer step-in feel around the ankle and Achilles region
- clover-shaped Coolever mesh for 360° moisture management while running
- Continental Rubber outsole for 21% more traction in dry conditions and 23% more traction in wet conditions

### GOOD TO KNOWS

- dual TORSION® SYSTEM designed to aid smooth transition from midfoot stance to forefoot push-off phase
- engineering allows for stable ride with reduced materials and weight
- full-length ADIPRENE® + cradle designed to cushion and support the foot
- designed for the runner within the 7-12 minute-per-mile pace

### TECHNICAL SPECIFICATIONS

- 22/11mm midsole heights
- 11mm drop
- 326g/11.5oz. (men's size 9)
- 55c durometer
- 86/106mm bottom nets (men's size 9)

SIZES : 6.5-13 I 14 I 15 I 16 I 17 I 18 I 19 I 20

Q3/Q4

| | | |
|---|---|---|
| **Q21470** | Tech Grey \| Metallic Silver \| Infrared | 06 \| 01 \| 13 |
| **Q21472** | Hi-Res Red \| Metallic Silver \| Electricity | 06 \| 01 \| 13 |
| **G97328** | Blue Beauty \| Metallic Silver \| Electricity | 06 \| 01 \| 13 |
| **G97479** | Black \| Metallic Silver \| Electricity | 06 \| 01 \| 13 |



SPR
STR
all originals
core
q115
adidas



men's
footwear
adidas

Exhibit 1
Page 112 of 141



campus 2
The Campus earned its legendary street cred from B-boys, rappers and break-dancers alike. The Campus 2 returns for more glory with a comfortable all-suede construction featuring signature 3-Stripes and a herringbone rubber outsole.
adidas
adidas
CAMPUS
CAMPUS
adidas
adidas
CAMPUS
CAMPUS

B26154

B26157

B26156

## campus 2

| | | |
|---|---|---|
| B26154 | black : white : black | 1/1/15 |
| B26157 | olive cargo : white : olive cargo | 2/1/15 |
| B26156 | night flash : white : night flash | 2/1/15 |

price: $70.00 : s3850s

sizes: 4-14

C77387

C77386

C77124

## superstar 2

history: The Superstar debuted in 1969 as a pro basketball shoe, but it soon became a streetwear staple. Today's Superstar shoes are faithful reproductions of the iconic style, with a smooth leather upper, synthetic 3-Stripes and the iconic shell toe.

| | | |
|---|---|---|
| C77124 | white : black : white | 2/1/15 |
| C77387 | coll. navy : scarlet : white | 2/1/15 |
| C77386 | ch solid grey : black : white | 2/1/15 |

price: $80.00 : s4400s
sizes: 4-14,15,16,17,18,19





sl loop runner
Inspired by groundbreaking adidas styles worn at the 1972 Munich Olympics, the adidas SL Loop Runner has a modern colorblocked ripstop and mesh upper for breathability, with a stretchy textile collar and lining for a snug fit. Features a supersoft EVA midsole and rubber outsole, plus cutout synthetic 3-Stripes and loop lacing construction.
adidas
SL LOOP
SL LOOP

C77020

C77017

C77018

C77857

## adidas sl loop runner

| | | |
|---|---|---|
| C77020 | bluebird : white : red | 1/1/15 |
| C77017 | white : bluebird : red | 1/1/15 |
| C77018 | dgh solid grey : white : night flash | 2/1/15 |
| C77857 | red : white : bluebird | 2/1/15 |

price: $75.00 : s4125s
sizes: 4-14

C77023

C77024

C77025

## adidas sl loop runner tr

history: A comfortable style with trail-running details, the adidas SL Loop Runner TR has a ripstop upper with suede overlays, a speed lacing system, speckled EVA midsole and a rugged trail-style rubber outsole for a comfortable ride off-road or on. Finished with a set of cutout synthetic 3-Stripes that improve breathability.

| | | |
|---|---|---|
| C77023 | granite : coll. gold : off white | 2/1/15 |
| C77024 | night flash : black : off white | 2/1/15 |
| C77025 | olive cargo : gold : off white | 2/1/15 |

price: $75.00 : s4125s
sizes: 4-14



ZX 700
For a sporty look and feel, this version of the ZX 700 running shoe treats the 80s style to a soft pigskin and tech mesh upper, comfortable synthetic lining and a rubber outsole with injected EVA cushioning in the midsole.
adidas
adidas®

M19389

M19390

M19391

M19392

## zx 700

| | | |
|---|---|---|
| M19389 | black : mgh solid grey : granite | 1/1/15 |
| M19390 | cardinal : mgh solid grey : scarlet | 1/1/15 |
| M19391 | carbon : mgh solid grey : dgh solid grey | 1/1/15 |
| M19392 | collegiate navy : mgh solid grey : collegiate royal | 1/1/15 |

price: $75.00 : s4125s
sizes: 4-14

men's

# footwear /// originals samoa

C77038

C77039

C77040

## samoa

**history:** This easygoing sneaker has been a fan favorite for decades. This edition of the Samoa features a synthetic leather upper with a light-grain finish, an EVA wedge and a gum-rubber toe guard and outsole for a smooth ride. Contrast 3-Stripes say "Originals" loud and proud.

| | | |
|---|---|---|
| C77038 | black : white : gold metallic | 1/1/15 |
| C77039 | cardinal : white : gold metallic | 1/1/15 |
| C77040 | coll. navy : white : gold met. | 1/1/15 |

**price:** $65.00 : s3575s
**sizes:** 4-14

C77044

C77045

## samoa energy

**history:** This easygoing sneaker has been a fan favorite for decades. This Samoa turns up the volume on the classic with a reptile-embossed synthetic-leather upper. Features the authentic EVA wedge, now with a colored rubber outsole and toe kick. Finished with double-layer matte and glossy synthetic-leather 3-Stripes with a matching color pop.

| | | |
|---|---|---|
| C77044 | black : night flash : white | 2/1/15 |
| C77045 | granite : red : white | 2/1/15 |

**price:** $65.00 : s3575s
**sizes:** 4-14


C77050

C77051

C77049

## samoa vulc

history: This easygoing sneaker has been a fan favorite for decades. The new Samoa Vulc brings a new laid-back profile to this icon. Features a nubuck upper and synthetic leather 3-Stripes, plus a vulcanized rubber outsole with fox taping to replace the classic EVA wedge.

| | | |
|---|---|---|
| C77049 | solid grey : red : white | 1/1/15 |
| C77050 | black : night flash : white | 2/1/15 |
| C77051 | olive cargo : black : white | 3/1/15 |

price: $60.00 : s3300s
sizes: 4-14

G17100

G17102

## samba

history: The adidas Originals Samba was originally made to perform on frozen pitches. This version of these classic football shoes is styled in leather with authentic colors from the archive.

| | | |
|---|---|---|
| G17100 | black : white : gum | 1/1/15 |
| G17102 | white : black : gum | 1/1/15 |

price: $70.00 : s3850s
sizes: 4-14

288022

280647

## adilette

history: First introduced in 1972 and going strong ever since, the adidas Originals Adilette is the sport slide that started it all. It has a quick-dry lining that feels soft on the skin and a PU-covered band.

| | | |
|---|---|---|
| 288022 | adiblue : white : adiblue | 1/1/15 |
| 280647 | black : white : black | 1/1/15 |

price: $30.00 : s1650s
sizes: 4-14 FS



adidas
women's
footwear

C77060

C77057

C77059

C77056

## samoa w

history: This easygoing sneaker has been a fan favorite for decades. The Samoa W features a synthetic leather upper with a light-grain finish, an EVA wedge and a rubber toe guard and outsole for a smooth ride. With contrast 3-Stripes that say "Originals" loud and proud.

| | | |
|---|---|---|
| C77056 | black : off white : white | 1/1/15 |
| C77060 | off white : bright red : black | 2/1/15 |
| C77057 | wht. : mgh solid grey : bold blue | 3/1/15 |
| C77059 | clear green : dk. slate : st brick | 3/1/15 |

price: $65.00 : s3575s
sizes: 5-11



# adria lo w – polka dot

The easy-to-wear Adria Lo W – Polka Dot does justice to classic adidas vulcanized design. Features a mixed upper of suede and mini-polka-dot printed canvas with printed 3-Stripes, paired with a vulcanized rubber outsole for old-school styling in a fresh look and feel. A synthetic leather heel strap and Trefoil tongue logo finish the look.

M19482

B26278

M19481

## adria lo w – polka dot

| | | |
|---|---|---|
| M19481 | dark marine : white | 3/1/15 |
| M19482 | dust pearl : off white : white | 3/1/15 |
| B26278 | off white : off white : black | 3/1/15 |

price: $55.00 : s3025s
sizes: 5-11

M20813

M19484

M20818

## adria lo w

history: The easy-to-wear Adria Lo W does justice to classic adidas vulcanized design. With a suede upper and printed 3-Stripes, a synthetic leather heel strap and Trefoil tongue logo, plus a vulcanized rubber outsole, this sneaker gives old-school styling an updated look and feel.

| | | |
|---|---|---|
| M20818 | black : white : cardboard | 1/1/15 |
| M20813 | white : white : black | 1/1/15 |
| M19484 | dk. marine : dk. marine : white | 2/1/15 |

price: $50.00 : s2750s
sizes: 5-11



# stan smith w

Originally created in 1973 for tennis star Stan Smith, the adidas Stan Smith shoes have dominated the test of time. Smooth full-grain leather, perforated 3-Stripes and tonal rubber outsole are featured on this iconic lo-top. Styled with simplicity and an animal print heel patch for the female consumer.

B26590

B26591

B26592

## stan smith w

| | | |
|---|---|---|
| B26590 | white : white : black | 1/1/15 |
| B26591 | black : black : white | 1/1/15 |
| B26592 | coll. navy : coll. navy : white | 1/1/15 |

price: $75.00 : s4125s
sizes: 5-11

women's

# superstar up w

The iconic 70s Superstar gets a fresh feminine update in the Superstar Up W. The court classic has a 4 cm inner wedge, a leather upper with synthetic leather details and 3-Stripes, plus gold foil Trefoils and a rubber cupsole. Article M19507 is part of the Chinese New Year Pack and features a metallic leather upper with black scatter print, a patent leather heel patch and synthetic patent leather 3-Stripes. Article M19508 goes glam with contrasting snakeskin-embossed leather 3-Stripes.

adidas

M19512

M19513

M19508

M19507

B32732

## superstar up w

| | | |
|---|---|---|
| M19512 | black : white : gold metallic | 12/1/14 |
| M19513 | white : black : gold metallic | 12/1/14 |
| M19507 | gold metallic : black : white | 1/1/15 |
| M19508 | coll. navy : lt. flash red : white | 2/1/15 |
| B32732 | white : scarlet : gold metallic | 2/1/15 |

price: $90.00 : s4950s
sizes: 5-11

B35832

C77153

S85139

## superstar w

history: From basketball all-star to streetwear queen, the Superstar has been going strong since 1969. These Superstar W shoes are faithful reproductions of the iconic style with a smooth leather upper, synthetic 3-Stripes, rubber cupsole and the signature shell toe. As part of the Brazilian Sneaker Boutique Pack, article B35832 updates the court classic with a baseball satin upper in a fun all-over Brazilian-inspired print.

| | | |
|---|---|---|
| B35832 | dust pink print : white : dust pink | 3/15/15 |

price: $85.00 : s4675s
sizes: 5-11

| | | |
|---|---|---|
| C77153 | white : black : white | 12/1/14 |
| S85139 | white : white : white | 12/1/14 |

price: $80.00 : s4400s
sizes: 5-11

C77026

C77027

## adidas sl loop runner w

history: Inspired by groundbreaking adidas styles worn at the 1972 Munich Olympics, the adidas SL Loop Runner W has a modern colorblocked textile and mesh upper for breathability, with a stretchy textile collar and lining for a snug fit. Features a supersoft EVA midsole and rubber outsole, plus cutout synthetic 3-Stripes and loop lacing construction.

| | | |
|---|---|---|
| C77026 | black : white : coll. purple print | 1/1/15 |
| C77027 | mgh solid grey : mgh : red | 3/1/15 |

price: $75.00 : s4125s
sizes: 5-11

B25834

## zx flux w – print

history: Simple and modern, the ZX Flux W – Print is a descendent of the iconic ZX 8000 running shoe. Part of the Tokyo Tech Sneaker Boutique Pack, it has a snakeskin-embossed leather upper with an all-over city lights photo print and TPU 3-Stripes. The TPU heel counter echoes the iconic ZX Thousands series.

| | | |
|---|---|---|
| B25834 | black print : white : black | 1/1/15 |

price: $90.00 : s4950s
sizes: 5-11

B34029

B34030

B34032

## zx flux decon w

history: Inspired by the retro style of the original, the ZX Flux Decon W takes the next step in the evolution of a classic runner with a fully deconstructed upper. Features a two-layer mesh upper with an all-over print inspired by the coral reefs of the Caribbean. Includes a compression-molded EVA outsole.

| | | |
|---|---|---|
| B34029 | black : surf green : white | 3/1/15 |
| B34030 | ash pink : bold aqua : white | 3/1/15 |
| B34032 | white : black : white | 3/1/15 |

price: $90.00 : s4950s
sizes: 5-11



kids'
footwear
adidas

Exhibit 1
Page 134 of 141

C77154

C77417 C77418 B23644

C77394 C77398 C77399 B23665

C77913 C77910 C77911 B23639

## superstar j/c/inf

history: The Superstar debuted in 1969 as a pro basketball shoe, but it soon became a streetwear staple. These Superstar shoes are a faithful reproduction of the iconic style, sized down for kids. With a smooth leather upper, synthetic 3-Stripes and the signature shell toe. The comfort versions have an easy on/off comfort closure.

| | | |
|---|---|---|
| C77154 | white : black : white | 2/1/15 |
| C77417 | coll. navy : scarlet : white | 2/1/15 |
| C77418 | solid grey : black : white | 2/1/15 |
| B23644 | white : bold pink : white | 2/1/15 |

price: $70.00 : s3850s (j)
sizes: 3.5-7

| | | |
|---|---|---|
| C77394 | white : black : white | 2/1/15 |
| C77398 | coll. navy : scarlet : white | 2/1/15 |
| C77399 | solid grey : black : white | 2/1/15 |
| B23665 | white : bold pink : white (cmf) | 2/1/15 |

price: $55.00 : s3025s (c)
sizes: 10.5K-3

| | | |
|---|---|---|
| C77913 | white : black : white | 2/1/15 |
| C77910 | coll. navy : scarlet : white | 2/1/15 |
| C77911 | solid grey : black : white | 2/1/15 |
| B23639 | white : bold pink : white (cmf) | 2/1/15 |

price: $45.00 : s2475s (inf)
sizes: 4K-10K

C77174

C77176

C77166

C77168

C77170

C77172

## campus 2 j/c/inf

history: The Campus earned its legendary street cred from B-boys, rappers and break-dancers alike. Sized down for the up and coming, the Campus 2 returns with an all-suede construction featuring signature 3-Stripes and a herringbone rubber outsole. Always easy to wear, with a textile lining for added comfort.

| | | |
|---|---|---|
| C77174 | black : white : black | 1/1/15 |
| C77176 | night flash : white : night flash | 2/1/15 |

price: $60.00 : s3300s (j)
sizes: 3.5-7

| | | |
|---|---|---|
| C77166 | black : white : black | 1/1/15 |
| C77168 | night flash : white : night flash | 2/1/15 |

price: $50.00 : s2750s (c)
sizes: 10.5K-3

| | | |
|---|---|---|
| C77170 | black : white : black | 1/1/15 |
| C77172 | night flash : white : night flash | 2/1/15 |

price: $40.00 : s2200s (inf)
sizes: 4K-10K

C77607

C77605

C77606

S85314

S85313

S85315

## c-10 j/c/inf

history: The C-10 takes its design cues as much from the runway as its bball roots, and sizes it just right for kids. Pushing style boundaries with its distinctive design, it features a leather upper, cool pops of color, a soft EVA midsole, a rubber outsole and flashy textile strap 3-Stripes.

C77607 night flash : black : granite 2/1/15
S85314 surf green : dk. petrol : nt. flash 2/1/15

price: $70.00 : s3850s (j)
sizes: 3.5-7

C77605 night flash : black : granite 2/1/15
S85313 surf green : dk. petrol : nt. flash 2/1/15

price: $60.00 : s3300s (c)
sizes: 10.5K-3

C77606 night flash : black : granite 2/1/15
S85315 surf green : dk. petrol : nt. flash 2/1/15

price: $50.00 : s2750s (inf)
sizes: 4K-10K

C77258

C77265

C77262

C77260

C77263

C77259

C77257

C77264

C77261

## adidas loop runner j/c/inf

history: The Loop Runner keeps kids comfy and up to date. Breathable and durable, this modern running style is made with ripstop and two-layer mesh with suede overlays, and a stretchy textile collar and lining for a snug fit. With supersoft EVA in the midsole and a rubber outsole, it features cutout 3-Stripes and loop lacing construction for kids on the go.

| | | |
|---|---|---|
| C77258 | red : white : black | 1/1/15 |
| C77260 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77257 | white : bluebird : red | 2/1/15 |

price: $60.00 : s3300s (j)
sizes: 3.5-7

| | | |
|---|---|---|
| C77265 | red : white : black | 1/1/15 |
| C77263 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77264 | white : bluebird : red | 2/1/15 |

price: $50.00 : s2750s (c)
sizes: 10.5K-3

| | | |
|---|---|---|
| C77262 | red : white : black | 1/1/15 |
| C77259 | dgh solid grey : white : nt. flash | 1/1/15 |
| C77261 | white : bluebird : red | 2/1/15 |

price: $40.00 : s2200s (inf)
sizes: 3K,4K,5K-10K

M19386

M19399

M19387

M19400

M19388

M19402

## zx flux k/el inf

history: Simple and modern, the ZX Flux K/EL Inf is a descendant of the iconic ZX 8000 running shoe sized down especially for little feet. The ZX Flux features a one-piece mesh upper and an OrthoLite sockliner. Finished with an injection EVA midsole and welded 3-Stripes. The infant's shoe has elastic laces for easy on and off.

| | | |
|---|---|---|
| M19386 | rich blue : black : white | 1/1/15 |
| M19387 | bold pink : black : white | 1/1/15 |
| M19388 | flash orange : black : white | 1/1/15 |

price: $65.00 : s3575s (k)
sizes: 10.5K-7

| | | |
|---|---|---|
| M19399 | rich blue : black : white | 1/1/15 |
| M19400 | bold pink : black : white | 1/1/15 |
| M19402 | flash orange : black : white | 1/1/15 |

price: $50.00 : s2750s (el inf)
sizes: 3.5K-10K

## samoa j/c/inf

history: This easygoing sneaker has been a fan favorite for decades. The junior-size Samoa features a synthetic leather upper with a light-grain finish, and a contrast rubber toe guard and outsole. An EVA wedge keeps the ride smooth while contrast 3-Stripes say "Originals" loud and proud.

| | | |
|---|---|---|
| C77210 | coll. navy : white : met. gold | 1/1/15 |
| C77209 | cardinal : white : metallic gold | 1/1/15 |
| C77208 | black : white : metallic gold | 1/1/15 |

price: $57.00 : s3135s (j)
sizes: 3.5-7

| | | |
|---|---|---|
| C77216 | coll. navy : white : met. gold | 1/1/15 |
| C77215 | cardinal : white : metallic gold | 1/1/15 |
| C77214 | black : white : metallic gold | 1/1/15 |

price: $48.00 : s2640s (c)
sizes: 10.5K-3

| | | |
|---|---|---|
| C77222 | coll. navy : white : met. gold | 1/1/15 |
| C77221 | cardinal : white : metallic gold | 1/1/15 |
| C77220 | black : white : metallic gold | 1/1/15 |

price: $36.00 : s1980s (inf)
sizes: 2K,3K,4K,5K-10K

C77210

C77216

C77222

C77209

C77215

C77221

C77208

C77214

C77220

# footwear /// originals samoa

C77190

C77191

C77192

C77196

C77197

C77198

C77204

C77203

C77202

## samoa vulc j/c/inf

history: This easygoing sneaker has been a fan favorite for decades. The new Samoa Vulc brings a new laid-back profile to this icon. Features a nubuck upper and synthetic leather 3-Stripes, plus a vulcanized rubber outsole to replace the classic EVA wedge.

| | | |
|---|---|---|
| C77190 | solid grey : red : white | 1/1/15 |
| C77191 | black : night flash : white | 2/1/15 |
| C77192 | olive cargo : black : white | 3/1/15 |

price: $50.00 : s2750s (j)
sizes: 3.5-7

| | | |
|---|---|---|
| C77196 | solid grey : red : white | 1/1/15 |
| C77197 | black : night flash : white | 2/1/15 |
| C77198 | olive cargo : black : white | 3/1/15 |

price: $45.00 : s2475s (c)
sizes: 10.5K-3

| | | |
|---|---|---|
| C77204 | solid grey : red : white | 1/1/15 |
| C77203 | black : night flash : white | 2/1/15 |
| C77202 | olive cargo : black : white | 3/1/15 |

price: $35.00 : s1925s (inf)
sizes: 2K,3K,4K,5K-10K